UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 15CV5867

Jo Anna Canzoneri McCormick

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

-against-

Tribune Company

Jury Trial: ☐ Yes  ☐ No
_(check one)_

(See attached "DOES" 1 through 10,000 "DOES" attached hereto
and made a part hereof)

_____

_____

_____

_____

_____

RECEIVED
JUN 23 2015
PRO SE OFFICE

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

## I.  Parties in this complaint:

A.  List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.  **NONE**

Plaintiff  Name _____
          Street Address _____
          County, City _____
          State & Zip Code _____
          Telephone Number _____

B.  List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1  Name **Tribune Company**
                  Street Address **435 North Michigan Avenue**

_Rev. 05/2010_

County, City _Cooke County_
State & Zip Code _Chicago Illinois_
Telephone Number _Unknown_
( see attached mailing List of Defendants )

Defendant No. 2   Name _Tribune Company_
Street Address _5800 Sunset Boulevard_
County, City _Los Angeles_
State & Zip Code _California 90028_
Telephone Number _Unknown_

Defendant No. 3   Name _Tribune Company_
Street Address _220 East 42nd Street #400_
County, City _New York New York_
State & Zip Code _New York New York 10017_
Telephone Number _____

Defendant No. 4   Name _Samuel Zell c/o Tribune Compa_
Street Address _435 North Michigan Avenue_
County, City _Chicago Illinois_
State & Zip Code _Chicago Illinois 60611_
Telephone Number _Unknown_

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions    ☒ Diversity of Citizenship    ☒ Title
☒ Civil Litigation  ☒ Murder

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Anti Trust_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _California_
Defendant(s) state(s) of citizenship _California, Illinois New York and other states and countries_

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

_Rev. 05/2010_ ( See attached Set of Facts attached hereto and made A part hereof )

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? Chicago ILLinois

B.   What date and approximate time did the events giving rise to your claim(s) occur? unknown date, claim possible murder and Fraud ownership Title to the Tribune Company

C.   Facts: (See attached set of Facts attached hereto and made a part here of)

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

## IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Stolen Robbery Embezzment Theft and Grand Lacacy Personal Property and Real Estate property

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1) Seize the hole Tribune Company
2) Seize personal property and real estate property Assets/money funds companies
3) Seize and take possession of all and any personal and real estate property
4) Title to the Tribune Company full ownership Also McComick Foundation and Robert Rutherford McComick Chariable Trust
5) ownership and Title to McComick Family Trust

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 18 day of April, 2013

Signature of Plaintiff  Jo Anne Canzoneri McComick

Mailing Address  342 N Atlantic Boulevard
Alhambra CA 91801

Telephone Number  626 417-3861

Fax Number *(if you have one)*  None

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**  None

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _____

Inmate Number  _____

*Rev. 05/2010*

# Complaint

DEFENDANT:
RICHARD ALLAN MCCORMICK,AN INDIVIDUAL,ETAL;
RICHARD ALLAN MCCORMICK,A BUSINESS ENTITY,ETAL;
ALLEN CHRISTOPHER MCCORMICK,AN INDIVIDUAL,ETAL;
ALLEN CHRISTOPHER MCCORMICK,A BUSINESS ENTITY;
MCCORMICK FAMILY TRUST,A BUSINESS ENTITY,ETAL;
ROCKEFELLER FAMILY TRUST,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
STANDARD OIL TRUST,A BUSINESS ENTITY,ETAL;
MICROSOFT,A BUSINESS ENTITY,ETAL;
MICROSOFT CORPORATION,A BUSINESS ENTITY,ETAL;
MSN,A BUSINESS ENTITY,ETAL;
MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
MCCORMICK TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
SAM ZELL,AN INDIVIDUAL,ETAL;
SAMUEL ZELL,AN INDIVIDUAL,ETAL;
TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE PUBLISHING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
WILLIAM MCCORMICK BLAIR,AN INDIVIDUAL,ETAL;
Joyce Teves, an individual, etal;
Amelia Canzoneri, an individual, etal;
Joyce Teves, an individual, etal;

WILLIAM MCCORMICK BLAIR SR (SENIOR),AN INDIVIDUAL,ETAL;
WILLIAM BLAIR,AN INDIVIDUAL,ETAL;
WILLIAM MCCORMICK,AN INDIVIDUAL,ETAL;
BARBARA BLAIR,AN INDIVIDUAL,ETAL;
BARBARA MCCORMICK,AN INDIVIDUAL,ETAL;
JAY ROCKEFELLER,AN INDIVIDUAL,ETAL;
THOMAS MCCORMICK,AN INDIVIDUAL,ETAL;
RICHARD ALEN MCCORMICK,AN INDIVIDUAL,ETAL;
DENNIS MCCORMICK,AN INDIVIDUAL,ETAL;
DENNIS FITZSIMMONS,AN INDIVIDUAL,ETAL;
DENNIS MCCORMICK,AN INDIVIDUAL,ETAL;
DENNIS MCCORMICK FITZSIMMONS,AN INDIVIDUAL,ETAL;
MORGAN STANLEY,AN INDIVIDUAL,ETAL;
GEORGE ROCKEFELLER,AN INDIVIDUAL,ETAL;
MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
RICHARD ALLAN MCCORMICK,AN INDIVIDUAL,ETAL;
RICHARD ALLEN MCCORMICK,AN INDIVIDUAL,ETAL;
ALLEN CHRISTOPHER MCCORMICK,AN INDIVIDUAL,ETAL;
WILLIAM MCCORMICK,AN INDIVIDUAL,ETAL;
CHARLES WILLIAM MCCORMICK,AN INDIVIDUAL,ETAL;
CHARLES MCCORMICK,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK I,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK II,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK III,AN INDIVIDUAL,ETAL;
ROBERT HALL MCCORMICK,AN INDIVIDUAL,ETAL;
WILLIAM SANDERSON MCCORMICK,AN INDIVIDUAL,ETAL;
BROOKS MCCORMICK SENIOR (SR),AN INDIVIDUAL,ETAL;
BROOKS MCCORMICK JUNIOR (JR),AN INDIVIDUAL,ETAL;
JEFFREY CHANDLER,AN INDIVIDUAL,ETAL;
WILLIAM BLAIR AND COMPANY,A BUSINESS ENTITY,ETAL;
CAT,A BUSINESS ENTITY,ETAL;
CATAPILLAR,A BUSINESS ENTITY,ETAL;
DENIS MCCORMICK,AN INDIVIDUAL,ETAL;
NATIONAL BROADCASTING COMPANY,A BUSINESS ENTITY,ETAL;
AMERICAN BROADCASTING COMPANY,A BUSINESS ENTITY,ETAL;
ABC,A BUSINESS ENTITY,ETAL;
GEORGE MORGAN,AN INDIVIDUAL,ETAL;
CHASE,A BUSINESS ENTITY,ETAL;
SANDERSON MCCORMICK,AN INDIVIDUAL,ETAL;
ROBERT RUTHERFORD MCCORMICK,AN INDIVIDUAL,ETAL;
COLONEL ROBERT RUTHERFORD MCCORMICK,AN INDIVIDUAL,ETAL;
ROBERT RUTHERFORD MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
ROBERT R. MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
COLONEL MCCORMICK,AN INDIVIDUAL,ETAL;
Joseph Ricketts, an individual, etal;
OakTree, a business entity, etal;
Angelo Gordon and Company, a business entity, etal;
Chase, a business entity, etal;
Ameritrade, a business entity, etal;

RICHARD A. BEHRENHAUSEN,AN INDIVIDUAL,ETAL;
DENNIS J. FITZSIMMONS,AN INDIVIDUAL,ETAL;
DENNIS J. FITZSIMMONS AKA DENNIS J MCCORMICK,AN INDIVIDUAL,ETAL;
DONALD C GRENESKO,AN INDIVIDUAL,ETAL;
CRANE H KENNEY,AN INDIVIDUAL,ETAL;
THOMAS D LEACH,AN INDIVIDUAL,ETAL;
TIMOTHY J LANDON,AN INDIVIDUAL,ETAL;
LUIS E LEWIN,AN INDIVIDUAL,ETAL;
RUTHELLYN MUSIL,AN INDIVIDUAL,ETAL;
JOHN E. REARDON,AN INDIVIDUAL,ETAL;
SCOTT SMITH,AN INDIVIDUAL,ETAL;
ENRIQUE HERNANDEZ JR,AN INDIVIDUAL,ETAL;
BETSY D HOLEN,AN INDIVIDUAL,ETAL;
ROBERT S MORRISON,AN INDIVIDUAL,ETAL;
WILLIAM A OSBORN,AN INDIVIDUAL,ETAL;
DUDLEY S TAFT,AN INDIVIDUAL,ETAL;
SAMUEL ZELL,AN INDIVIDUAL,ETAL;
J. CHRISTOPHER REYES,AN INDIVIDUAL,ETAL;
DUDLEY S TAFT,AN INDIVIDUAL,ETAL;
MILES D WHITE,AN INDIVIDUAL,ETAL;
JEFFREY CHANDLER,AN INDIVIDUAL,ETAL;
ROGER GOODAN,AN INDIVIDUAL,ETAL;
WILLIAM STINEHART,AN INDIVIDUAL,ETAL;
TIMES MIRROR COMPANY,A BUSINESS ENTITY,ETAL;
GOLDMAN SACHS AND COMPANY,A BUSINESS ENTITY,ETAL;
ABBOTT LABORATORIES,A BUSINESS ENTITY,ETAL;
MICROSOFT,A BUSINESS ENTITY,ETAL;
TRIBUNE TOWER,A BUSINESS ENTITY,ETAL;
MCCORMICK MUSEUM,A BUSINESS ENTITY,ETAL;
TRB,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE PUBLISHING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING,A BUSINESS ENTITY,ETAL;
WGNX-TV,A BUSINESS ENTITY,ETAL;
KTLA-TV,A BUSINESS ENTITY,ETAL;
DAILY PRESS,A BUSINESS ENTITY,ETAL;
AMERICA ONLINE,A BUSINESS ENTITY,ETAL;
WPHL-TV,A BUSINESS ENTITY,ETAL;
CHICAGO ONLINE,A BUSINESS ENTITY,ETAL;
CLTV CABLE,A BUSINESS ENTITY,ETAL;
WLVI-TV,A BUSINESS ENTITY,ETAL;
WB TELEVISION NETWORK,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA CENTER,A BUSINESS ENTITY,ETAL;
CAREER FINDER,A BUSINESS ENTITY,ETAL;
THE SUN,A BUSINESS ENTITY,ETAL;

KHWB-TV,A BUSINESS ENTITY,ETAL;
KSWP-TV,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE,A BUSINESS ENTITY,ETAL;
KNIGHT RIDDER,A BUSINESS ENTITY,ETAL;
TIMES MIRROR COMPANY,A BUSINESS ENTITY,ETAL;
RENAISSANCE COMMUNICATIONS,A BUSINESS ENTITY,ETAL;
CENTRAL FLORIDA NEWS 13,A BUSINESS ENTITY,ETAL;
METROMIX.COM,A BUSINESS ENTITY,ETAL;
EARTHFINAL CONFLICT,A BUSINESS ENTITY,ETAL;
DTV STATION,A BUSINESS ENTITY,ETAL;
KTLA DT,A BUSINESS ENTITY,ETAL;
WGNX-TV,A BUSINESS ENTITY,ETAL;
KCPQ-TV,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERACTIVE INC,A BUSINESS ENTITY,ETAL;
WATL-TV,A BUSINESS ENTITY,ETAL;
WNOL-TV,A BUSINESS ENTITY,ETAL;
TUBE MUSIC NETWORK,A BUSINESS ENTITY,ETAL;
FORSALE BY OWNER.COM,A BUSINESS ENTITY,ETAL;
SHOPLOCAL.COM,A BUSINESS ENTITY,ETAL;
TOPIX.NET,A BUSINESS ENTITY,ETAL;
AMNEW YORK,A BUSINESS ENTITY,ETAL;
6 FOX,A BUSINESS ENTITY,ETAL;
FOX,A BUSINESS ENTITY,ETAL;
FOX 5 (FIVE),A BUSINESS ENTITY,ETAL;
CW AFFILIATES,A BUSINESS ENTITY,ETAL;
2 MYNETWORK,A BUSINESS ENTITY,ETAL;
ABC,A BUSINESS ENTITY,ETAL;
WGN,A BUSINESS ENTITY,ETAL;
MY NETWORK,A BUSINESS ENTITY,ETAL;
1 (ONE) ABC,A BUSINESS ENTITY,ETAL;
ABC ,A BUSINESS ENTITY,ETAL;
KTWB-TV,A BUSINESS ENTITY,ETAL;
WXMI-TV,A BUSINESS ENTITY,ETAL;
WTXX-TV,A BUSINESS ENTITY,ETAL;
KTLA DT,A BUSINESS ENTITY,ETAL;
WBDC-TV,A BUSINESS ENTITY,ETAL;
WEWB-TV,A BUSINESS ENTITY,ETAL;
WGNX-TV,A BUSINESS ENTITY,ETAL;
KCPQ-TV,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERACTIVE,A BUSINESS ENTITY,ETAL;
WATL-TV,A BUSINESS ENTITY,ETAL;
WNOL-TV,A BUSINESS ENTITY,ETAL;
THE SUN,A BUSINESS ENTITY,ETAL;
NEWSDAY,A BUSINESS ENTITY,ETAL;
THE MORNING CALL,A BUSINESS ENTITY,ETAL;
HARTFORD COURANT,A BUSINESS ENTITY,ETAL;

GREENWICH TIME,A BUSINESS ENTITY,ETAL;
THE ADVOCATE,A BUSINESS ENTITY,ETAL;
TRIBUNE EDUCATION,A BUSINESS ENTITY,ETAL;
COMPUTERSHARE,A BUSINESS ENTITY,ETAL;
CHICAGO SPORTS.COM,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA NET,A BUSINESS ENTITY,ETAL;
ANDROMEDA,A BUSINESS ENTITY,ETAL;
EL SENTINEL,A BUSINESS ENTITY,ETAL;
HEADHUNTER,NET,A BUSINESS ENTITY,ETAL;
MUTANT X,A BUSINESS ENTITY,ETAL;
WTTV-TV,A BUSINESS ENTITY,ETAL;
SUN SENTINEL,A BUSINESS ENTITY,ETAL;
ADVENTURE INC,A BUSINESS ENTITY,ETAL;
REDEYE EDITION,A BUSINESS ENTITY,ETAL;
LASKER FOUNDATION,A BUSINESS ENTITY,ETAL;
KPLR-TV,A BUSINESS ENTITY,ETAL;
KWBP-TV,A BUSINESS ENTITY,ETAL;
ANNEW YORK,A BUSINESS ENTITY,ETAL;
CROSS MEDIA SERVICES,A BUSINESS ENTITY,ETAL;
SHOPLOCAL.COM,A BUSINESS ENTITY,ETAL;
TOPIX.NET,A BUSINESS ENTITY,ETAL;
THE C W NETWORK,A BUSINESS ENTITY,ETAL;
MC,A BUSINESS ENTITY,ETAL;
MCCORMICK,A BUSINESS ENTITY,ETAL;
MC MCCORMICK ,A BUSINESS ENTITY,ETAL;
WPIX - New York,A BUSINESS ENTITY,ETAL;
KTLA - Los Angeles,A BUSINESS ENTITY,ETAL;
WGN – Chicago,A BUSINESS ENTITY,ETAL;
WPHL – Philadelphia,A BUSINESS ENTITY,ETAL;
WLVI - Boston ,A BUSINESS ENTITY,ETAL;
KDAF – Dallas,A BUSINESS ENTITY,ETAL;
WATL – Atlanta,A BUSINESS ENTITY,ETAL;
KHWB – Houston,A BUSINESS ENTITY,ETAL;
KCPQ – Seattle,A BUSINESS ENTITY,ETAL;
KTWB – Seattle,A BUSINESS ENTITY,ETAL;
WBZL - Miami - Ft. Lauderdale,A BUSINESS ENTITY,ETAL;
KWGN - Denver,A BUSINESS ENTITY,ETAL;
KTXL – Sacramento,A BUSINESS ENTITY,ETAL;
WXIN – Indianapolis,A BUSINESS ENTITY,ETAL;
WTTV – Indianapolis,A BUSINESS ENTITY,ETAL;
KSWB - San Diego,A BUSINESS ENTITY,ETAL;
WTIC - Hartford/New Haven,A BUSINESS ENTITY,ETAL;
WTXX- Hartford,A BUSINESS ENTITY,ETAL;
WXMI - Grand Rapids,A BUSINESS ENTITY,ETAL;
WGNO - New Orleans,A BUSINESS ENTITY,ETAL;
WNOL - New Orleans,A BUSINESS ENTITY,ETAL;

WPMT – Harrisburg,A BUSINESS ENTITY,ETAL;
WBDC – Washington,A BUSINESS ENTITY,ETAL;
WEWB – Albany,A BUSINESS ENTITY,ETAL;
KPLR - St. Louis,A BUSINESS ENTITY,ETAL;
KWBP – Portland,A BUSINESS ENTITY,ETAL;
WB Network (partial stake),A BUSINESS ENTITY,ETAL;
Tribune Entertainment,A BUSINESS ENTITY,ETAL;
Cable,A BUSINESS ENTITY,ETAL;
WGN,A BUSINESS ENTITY,ETAL;
Chicago Land Television,A BUSINESS ENTITY,ETAL;
Central Florida News 13,A BUSINESS ENTITY,ETAL;
Radio,A BUSINESS ENTITY,ETAL;
WGN - AM (Chicago),A BUSINESS ENTITY,ETAL;
Newspapers,A BUSINESS ENTITY,ETAL;
Newsday (Long Island, NY),A BUSINESS ENTITY,ETAL;
Los Angeles Times,A BUSINESS ENTITY,ETAL;
Chicago Tribune,A BUSINESS ENTITY,ETAL;
Baltimore Sun ,A BUSINESS ENTITY,ETAL;
South Florida Sun-Sentinel,A BUSINESS ENTITY,ETAL;
Orlando Sentinel,A BUSINESS ENTITY,ETAL;
The Hartford Courant,A BUSINESS ENTITY,ETAL;
The Morning Call (Allentown, PA),A BUSINESS ENTITY,ETAL;
Daily Press (Hampton Roads, VA),A BUSINESS ENTITY,ETAL;
The Advocate (Stamford, CT),A BUSINESS ENTITY,ETAL;
Greenwich Time (CT),A BUSINESS ENTITY,ETAL;
Hoy (Chicago),A BUSINESS ENTITY,ETAL;
Hoy (New York),A BUSINESS ENTITY,ETAL;
El Sentinel (Orlando),A BUSINESS ENTITY,ETAL;
Chicago Cubs,A BUSINESS ENTITY,ETAL;
Tribune Media Services,A BUSINESS ENTITY,ETAL;
Classified Ventures (partial),A BUSINESS ENTITY,ETAL;
Brass Ring,A BUSINESS ENTITY,ETAL;
Zap 2 It,A BUSINESS ENTITY,ETAL;
BlackVoices.com,A BUSINESS ENTITY,ETAL;
Chicago magazine,A BUSINESS ENTITY,ETAL;
MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
KERR COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK REAL ESTATE PROPERTIES,A BUSINESS ENTITY,ETAL;
MCCORMICK REAPER,A BUSINESS ENTITY,ETAL;
INTERNATIONAL HARVESTER COMPANY,A BUSINESS ENTITY,ETAL;
ALEVE,A BUSINESS ENTITY,ETAL;
CHICAGO BEARS,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
CHICAGE NEWSPAPER,A BUSINESS ENTITY,ETAL;
TIMES MIRROR,A BUSINESS ENTITY,ETAL;
LOS ANGELES TIMES,A BUSINESS ENTITY,ETAL;

CHICAGO MANSION,A BUSINESS ENTITY,ETAL;
VIRGINIA FARM,A BUSINESS ENTITY,ETAL;
ROCKEFELLER FOUNDATION,A BUSINESS ENTITY,ETAL;
SOUTHERN PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
SANTA FE RAILROAD,A BUSINESS ENTITY,ETAL;
STANDARD OIL CORPORATION,A BUSINESS ENTITY,ETAL;
GETTY OIL CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
EXXON OIL CORPORATION,A BUSINESS ENTITY,ETAL;
CHEVON OIL CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK AND DEERING COMPANY,A BUSINESS ENTITY,ETAL;
ROCKEFELLER PLAZA CENTER,A BUSINESS ENTITY,ETAL;
SUPERSTATION WGN,A BUSINESS ENTITY,ETAL;
WGN-AM CHICAGO,A BUSINESS ENTITY,ETAL;
WPIX-TV (CW) NEW YORK,A BUSINESS ENTITY,ETAL;
KTLA-TV (WB) LOS ANGELES,A BUSINESS ENTITY,ETAL;
WGN-TV (WB) CHICAGO,A BUSINESS ENTITY,ETAL;
CLTV CHICAGOLAND TELEVISION 24-HOUR NEWS,A BUSINESS ENTITY,ETAL;
WPHL-TV (MY) PHILADELPHIA,A BUSINESS ENTITY,ETAL;
WLVI-TV (CW) BOSTON,A BUSINESS ENTITY,ETAL;
KDAF-TV (CW) DALLAS,A BUSINESS ENTITY,ETAL;
WDCW-TV (CW) WASHINGTON DC,A BUSINESS ENTITY,ETAL;
KHCW-TV (CW) HOUSTON,A BUSINESS ENTITY,ETAL;
KCPQ-TV (FOX) SEATTLE,A BUSINESS ENTITY,ETAL;
KMYQ-TV (MY) SEATTLE,A BUSINESS ENTITY,ETAL;
WSFL-TV (CW) SOUTH FLORIDA,A BUSINESS ENTITY,ETAL;
KWGN-TV (CW) DENVER,A BUSINESS ENTITY,ETAL;
KTXL-TV (FOX) SACRAMENTO,A BUSINESS ENTITY,ETAL;
KPLR-TV (CW) ST. LOUIS,A BUSINESS ENTITY,ETAL;
KRCW-TV (CW) PORTLAND,A BUSINESS ENTITY,ETAL;
WXIN-TV (FOX) INDIANAPOLIS,A BUSINESS ENTITY,ETAL;
WTTV-TV (CW) INDIANAPOLIS,A BUSINESS ENTITY,ETAL;
KSWB-TV (CW) SAN DIEGO,A BUSINESS ENTITY,ETAL;
WTIC-TV (FOX) HARTFORD,A BUSINESS ENTITY,ETAL;
WTXX-TV (CW) HARTFORD,A BUSINESS ENTITY,ETAL;
WXMI=TV (FOX) GRAND RAPIDS,A BUSINESS ENTITY,ETAL;
WGNO-TV (ABC) NEW ORLEANS,A BUSINESS ENTITY,ETAL;
WNOL-TV (CW) NEW ORLEANS,A BUSINESS ENTITY,ETAL;
WPMT-TV (FOX) HARRISBURG,A BUSINESS ENTITY,ETAL;
WCWN-TV (CW) ALBANY,A BUSINESS ENTITY,ETAL;
TRIBUNE STUDIOS,A BUSINESS ENTITY,ETAL;
TRIBUNE ENTERAINMENT,A BUSINESS ENTITY,ETAL;
DAILY NEWSPAPERS,A BUSINESS ENTITY,ETAL;
LOS ANGELES TIMES DBA LOS ANGELES TIMES MIRROR DBA LOS ANGELES TIMES,A
BUSINESS ENTITY,ETAL;

CHICAGO TRIBUNE,A BUSINESS ENTITY,ETAL;
THE SUN,A BUSINESS ENTITY,ETAL;
SOUTH FLORIDA SUN-SENTINEL,A BUSINESS ENTITY,ETAL;
ORLANDO SENTINEL,A BUSINESS ENTITY,ETAL;
THE HARTFORD COURANT,A BUSINESS ENTITY,ETAL;
THE MORNING CALL,A BUSINESS ENTITY,ETAL;
DAILY PRESS,A BUSINESS ENTITY,ETAL;
THE ADVOCATE,A BUSINESS ENTITY,ETAL;
GREENWICH TIME,A BUSINESS ENTITY,ETAL;
HOY,A BUSINESS ENTITY,ETAL;
EL SENTINEL – ORLANDO,A BUSINESS ENTITY,ETAL;
EL SENTINEL - SOUTH FLORIDA,A BUSINESS ENTITY,ETAL;
CAREERBUILDER,A BUSINESS ENTITY,ETAL;
APARTMENTS.COM,A BUSINESS ENTITY,ETAL;
CARS.COM,A BUSINESS ENTITY,ETAL;
NEW HOME NETWORK,A BUSINESS ENTITY,ETAL;
HOMESCAPE,A BUSINESS ENTITY,ETAL;
CALENDAR LIVE,A BUSINESS ENTITY,ETAL;
METROMIX,A BUSINESS ENTITY,ETAL;
SHOWTIME INTERACTIVE,A BUSINESS ENTITY,ETAL;
SOUTHFLORIDA.COM,A BUSINESS ENTITY,ETAL;
CTNOW.COM,A BUSINESS ENTITY,ETAL;
MERGE DIGITAL 7 CITIES,A BUSINESS ENTITY,ETAL;
CHICAGO SPORTS,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA SERVICES,A BUSINESS ENTITY,ETAL;
TMS ENTERTAINMENT PRODUCTS,A BUSINESS ENTITY,ETAL;
TMS SYNDICATED PRODUCTS,A BUSINESS ENTITY,ETAL;
ZAP 2 IT,A BUSINESS ENTITY,ETAL;
TRIBUNE DIRECT,A BUSINESS ENTITY,ETAL;
CHICAGO MAGAZINE,A BUSINESS ENTITY,ETAL;
CHICAGO CUBS,A BUSINESS ENTITY,ETAL;
AmNEWYORK,A BUSINESS ENTITY,ETAL;
CLASSIFIED VENTURES,A BUSINESS ENTITY,ETAL;
BRASS RING,A BUSINESS ENTITY,ETAL;
MCCORMICK GROUP,A BUSINESS ENTITY,ETAL;
KETCHUP,A BUSINESS ENTITY,ETAL;
HUNTINGTON,A BUSINESS ENTITY,ETAL;
HUNTINGTON,AN INDIVIDUAL,ETAL;
HUNTINGTON LIBRARY,A BUSINESS ENTITY,ETAL;
HUNTINGTON FOUNDATION,A BUSINESS ENTITY,ETAL;
HUNTINGTON PAVILION,A BUSINESS ENTITY,ETAL;
HUNTINGTON-HILL BREAST CANCER,A BUSINESS ENTITY,ETAL;
HUNTINGTON COLLECTIONS,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM,A BUSINESS ENTITY,ETAL;
CHICAGO MANISON,A BUSINESS ENTITY,ETAL

VIRGINIA FARM,A BUSINESS ENTITY,ETAL;
CROCKER,A BUSINESS ENTITY,ETAL;
CROCKER,AN INDIVIDUAL,ETAL;
STANFORD,A BUSINESS ENTITY,ETAL;
STANFORD,AN INDIVIDUAL,ETAL;
NBC,A BUSINESS ENTITY,ETAL;
TRIBUNE,A BUSINESS ENTITY,ETAL;
DENIS MCCORMICK,AN INDIVIDUAL,ETAL;
DENIS (MCCORMICK) FITZSIMONS,AN INDIVIDUAL,ETAL;
DENIS (MCCORMICK)  FITZSIMONS,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK STREET HOLDINGS,A BUSINESS ENTITY,ETAL;
MCCORMICK DISTRIBING COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK AND SCHMICK,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY REVOCABLE TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY REVOCABLE LIVING TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK HOLDINGS,A BUSINESS ENTITY,ETAL;
MCCORMICK INCORPORATED,A BUSINESS ENTITY,ETAL;
MCCORMICK INVESTORS,A BUSINESS ENTITY,ETAL;
MCCORMICK OWENS DEVELOPMENT,A BUSINESS ENTITY,ETAL;
MCCORMICK PIER,A BUSINESS ENTITY,ETAL;
MCCORMICK TRUST,A BUSINESS ENTITY,ETAL;
HARVESTER OIL AND GAS COMPANY,A BUSINESS ENTITY,ETAL;
HARVESTER ACQUISITION CORPORATION,A BUSINESS ENTITY,ETAL;
HARVESTER AND PRODUCER COMPANY,A BUSINESS ENTITY,ETAL;
KETCHUP AND MUSTARD COMPANY,A BUSINESS ENTITY,ETAL;
KETCHUP,A BUSINESS ENTITY,ETAL;
TRIBUNE CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
TRIBUNE,A BUSINESS ENTITY,ETAL;
CHICAGO BEARS,A BUSINESS ENTITY,ETAL;
CHICAGO CUBS (CUBS),A BUSINESS ENTITY,ETAL;
CUBS,A BUSINESS ENTITY,ETAL;
TRIBUNE,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF ALEXANDRIA,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF ARIZONA,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF MARYLAND,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF MICHIGAN,A BUSINESS ENTITY,ETAL;
THE TRIBUNE COMPANY HOLDINGS,A BUSINESS ENTITY,ETAL;
TRIBUNE NATIONAL MARKETING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE NETWORK HOLDINGS,A BUSINESS ENTITY,ETAL;
TRIBUNE NEW YORK NEWSPAPER HOLDING,A BUSINESS ENTITY,ETAL;

TRIBUNE OIL CORPORATION,A BUSINESS ENTITY,ETAL;
TRIBUNE PRODUCTIONS,A BUSINESS ENTITY,ETAL;
TRIBUNE PROPERTIES,A BUSINESS ENTITY,ETAL;
TRIBUNE PUBLISHING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE RECEIVABLES,A BUSINESS ENTITY,ETAL;
TRIBUNE REGIONAL PROGRAMMING,A BUSINESS ENTITY,ETAL;
TRIBUNE SERVICES,A BUSINESS ENTITY,ETAL;
TRIBUNE SPORTS NETWORK HOLDINJG,A BUSINESS ENTITY,ETAL;
BROOKS MCCORMICK JUNIOR(JR),AN INDIVIDUAL,ETAL;
TRIBUNE ACQUISITION CORPORATION,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCAST HOLDING,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING HOLD COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING NEWS NETWORK,A BUSINESS ENTITY,ETAL;
TRIBUNE BUILDING CORPORATION ,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLE COMMUNICATIONS,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLE COMMUNICATIONS OF OREGON,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLE OF LOS ANGELES,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLEVISION COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE CALIFORNIA PROPERTIES ,A BUSINESS ENTITY,ETAL;
TRIBUNE CLASSIFIEDS,A BUSINESS ENTITY,ETAL;
TRIBUNE DENVER RADIO,A BUSINESS ENTITY,ETAL;
TRIBUNE DIRECT MARKETING ,A BUSINESS ENTITY,ETAL;
TRIBUNE EMPLOYEE LEASE,A BUSINESS ENTITY,ETAL;
TRIBUNE ENTERTAINMENT,A BUSINESS ENTITY,ETAL;
TRIBUNE ENTERTAINMENT PRODUCTION ,A BUSINESS ENTITY,ETAL;
TRIBUNE FINANCE,A BUSINESS ENTITY,ETAL;
TRIBUNE FINANCE SERVICE CENTER,A BUSINESS ENTITY,ETAL;
TRIBUNE (FN) CABLE VENTURES,A BUSINESS ENTITY,ETAL;
TRIBUNE GLOBAL,A BUSINESS ENTITY,ETAL;
TRIBUNE GROUP,A BUSINESS ENTITY,ETAL;
TRIBUNE HOLDING GROUP,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERACTIVE,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERNATIONAL,A BUSINESS ENTITY,ETAL;
TRIBUNE LICENSE,A BUSINESS ENTITY,ETAL;
TRIBUNE LOS ANGELES,A BUSINESS ENTITY,ETAL;
TRIBUNE MANHATTAN NEWSPAPER HOLDINGS,A BUSINESS ENTITY,ETAL;
TRIBUNE MARKETING CORPORATION,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA NET ,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA SERVICES ,A BUSINESS ENTITY,ETAL;
CALIFORNIA PROPERTIES,A BUSINESS ENTITY,ETAL;
CLASSIFIEDS,A BUSINESS ENTITY,ETAL;
DENVER RADIO,A BUSINESS ENTITY,ETAL;
DIRECT MARKETING,A BUSINESS ENTITY,ETAL;
UNION PACIFIC,A BUSINESS ENTITY,ETAL;
UNION PACIFIC INTERNATIONAL PETROLEUM,A BUSINESS ENTITY,ETAL;

UNION PACIFIC MERGER,A BUSINESS ENTITY,ETAL;
UNION PACIFIC MOTOR FREIGHT,A BUSINESS ENTITY,ETAL;
UNION PACIFIC OIL AND GAS EXPLORATION AND PRODUCTION,A BUSINESS
ENTITY,ETAL;
UNION PACIFIC PETROLEUM NEDERLANDS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC PETROLEUM NEDERLANDS HOLDINGS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC PICTURES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
UNION PACIFIC RECEIVABLES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC TECHNOLOGIES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC TECHNOLOGIES TRANSPORTATION SYSTEMS,A BUSINESS
ENTITY,ETAL;
UNION PACIFIC TELEPHONE COMPANY,A BUSINESS ENTITY,ETAL;
UNION PACIFIC TEXAS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC VENTURE LEASING,A BUSINESS ENTITY,ETAL;
UNION PACIFIC CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC BASEBALL,A BUSINESS ENTITY,ETAL;
UNION PACIFIC ENTERPRISES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC CAPITAL TRUST,A BUSINESS ENTITY,ETAL;
UNION PACIFIC COMMUNICATIONS CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC COMPANY,A BUSINESS ENTITY,ETAL;
UNION PACIFIC CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC DEBT CONSULTANTS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC DISTRIBUTION SERVICES ,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FINANCE COMPANY,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FINANCE CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FRUELS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FUELS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC GAS CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK ACQUISITION CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK AND ASSOCIATES INC,A BUSINESS ENTITY,ETAL;
MCCORMICK ATEK INVESTMENTS,A BUSINESS ENTITY,ETAL;
MCCORMICK BROADCASTING CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK BROTHERS INNOVATIONS,A BUSINESS ENTITY,ETAL;
MCCORMICK CAPITAL INC,A BUSINESS ENTITY,ETAL;
MCCORMICK CAPITAL MANAGEMENT,A BUSINESS ENTITY,ETAL;
MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK COMMUNICATIONS,A BUSI8NESS ENTITY,ETAL;
THE MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK CONSULTING CREDIT,A BUSINESS ENTITY,ETAL;
MCCORMICK CREDIT,A BUSINESS ENTITY,ETAL;
MCCORMICK DELAWARE,A BUSINESS ENTITY,ETAL;
MCCORMICK DE PUERTO RICO,A BUSINESS ENTITY,ETAL;
MCCORMICK ENGINEERING COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK ENTERPRISES,A BUSINESS ENTITY,ETAL;
MCCORMICK ERECTERS,A BUSINESS ENTITY,ETAL;

MCCORMICK EXCO,A BUSINESS ENTITY,ETAL;
MCCORMICK EXECUTIVE SEARCH,A BUSINESS ENTITY,ETAL;
MCCORMICK EXPLORATION CORPORATION,A BUSINESS ENTITY,ETAL;
THE MCCORMICK FAMILY FOUNDATION,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY LIMITED PARTNERSHIP,A BUSINESS ENTITY,ETAL;
MCCORMICK FARMS LIMITED PARTNERSHIP,A BUSINESS ENTITY,ETAL;
MCCORMICK FREIGHT,A BUSINESS ENTITY,ETAL;
MCCORMICK FRESH HERBS,A BUSINESS ENTITY,ETAL;
MCCORMICK FUTURES INC,A BUSINESS ENTITY,ETAL;
MCCORMICK HOLDING COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK HOLDING,A BUSINESS ENTITY,ETAL;
MCCORMICK HOTEM VENTURE,A BUSINESS ENTITY,ETAL;
MCCORMICK INDUSTRIAL,A BUSINESS ENTITY,ETAL;
MCCORMICK INGREDIENTS EUROPE,A BUSINESS ENTITY,ETAL;
MCCORMICK INMAN COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK INTERNATIONAL INVESTMENTS LIMITED,A BUSINESS ENTITY,ETAL;
MCCORMICK/ INTERMARKET CRB ARBITRAGE FUND,A BUSINESS ENTITY,ETAL;
MCCORMICK INTERNATIONAL INVESTMENTS LIMITED,A BUSINESS ENTITY,ETAL;
MCCORMICK INVESTMENT COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK INVESTMENTS,A BUSINESS ENTITY,ETAL;
MCCORMICK LAND COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK LANDINGS,A BUSINESS ENTITY,ETAL;
MCCORMICK M AND A GROUP,A BUSINESS ENTITY,ETAL;
MCCORMICK MANAGEMENT,A BUSINESS ENTITY,ETAL;
MCCORMICK MASTER,A BUSINESS ENTITY,ETAL;
MCCORMICKMED/MIX BUSINESS TRUST ,A BUSINESS ENTITY,ETAL;
MCCORMICK MED/MIX BUSINESS TRUST 2 (TWO),A BUSINESS ENTITY,ETAL;
DVD,A BUSINESS ENTITY,ETAL;
UNIVERSAL STUDIOS,A BUSINESS ENTITY,ETAL;
UNIVERSAL,A BUSINESS ENTITY,ETAL;
NBC,A BUSINESS ENTITY,ETAL;
MSNBC,A BUSINESS ENTITY,ETAL;
WARNER BROTHERS,A BUSINESS ENTITY,ETAL;
20TH CENTURY FOX,A BUSINESS ENTITY,ETAL;
MCCORMICK PLACE,A BUSINESS ENTITY,ETAL;
COLUMBIA PICTURES,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
NAVISTAR INTERNATIONAL CORPORATION,A BUSINESS ENTITY,ETAL;
ROBERT HALL MCCORMICK,A BUSINESS ENTITY,ETAL;
MCCORMICK COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK DISTILLING,A BUSINESS ENTITY,ETAL;
MCCORMICK CREDIT,A BUSINESS ENTITY,ETAL;
MCCORMICK TRACT,A BUSINESS ENTITY,ETAL;
MCCORMICK TRACT WILDERNESS,A BUSINESS ENTITY,ETAL;
GOLD COAST,A BUSINESS ENTITY,ETAL;
MCCORMICK,A BUSINESS ENTITY,ETAL;
CHASE MANHATTAN BANK,A BUSINESS ENTITY,ETAL;

CHASE BANK,A BUSINESS ENTITY,ETAL;
INTERNATIONAL TRUCKS,A BUSINESS ENTITY,ETAL;
NAVISTAR STREAMLINES,A BUSINESS ENTITY,ETAL;
INTERNATIONAL HARVESTER CREDIT CORPORATION,A BUSINESS ENTITY,ETAL;
IHCC,A BUSINESS ENTITY,ETAL;
FORTRESS LAKE,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM,A BUSINESS ENTITY,ETAL;
GEORGE ROCKEFELLER,A BUSINESS ENTITY,ETAL;
CHARLES E. SCHROEDER,A BUSINESS ENTITY,ETAL;
CHARLES E. SCHROEDER,AN INDIVIDUAL,ETAL;
RICHARD (CYPRUS) MCCORMICK,AN INDIVIDUAL,ETAL;
MCCORMICK TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY TRUST,A BUSINESS ENTITY,ETAL;
WHITE DEER LAKE,A BUSINESS ENTITY,ETAL;
MCCORMICK MANSION,A BUSINESS ENTITY,ETAL;
MCCORMICK FARM,A BUSINESS ENTITY,ETAL;
HURON MOUNTAINS,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM FOREST PRESERVE,A BUSINESS ENTITY,ETAL;
DU PAGE FOREST PRESERVES,A BUSINESS ENTITY,ETAL;
FOREST PRESERVE DISTRICT,A BUSINESS ENTITY,ETAL;
IC CORPORATION,A BUSINESS ENTITY,ETAL;
IC BUS,A BUSINESS ENTITY,ETAL;
NAVISTAR FINANCIAL CORPORATION,A BUSINESS ENTITY,ETAL;
NAVISTAR,A BUSINESS ENTITY,ETAL;
NAVISTAR FINANCIAL,A BUSINESS ENTITY,ETAL;
MCCORMICK GRAND CAMP,A BUSINESS ENTITY,ETAL;
ROBERT MCCORMICK (MANSION),AN INDIVIDUAL,ETAL;
MCCORMICK PLACE ,A BUSINESS ENTITY,ETAL;
MCCORMICK PLACE CONVENTION CENTER
HYATT REGENCY MCCORMICK PLACE ,A BUSINESS ENTITY,ETAL;
MCCORMICK VIRGINIA FARM,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK TRUST,A BUSINESS ENTITY,ETAL;
MILWAUKEE HARVESTER COMPANY ,A BUSINESS ENTITY,ETAL;
HVAC,A BUSINESS ENTITY,ETAL;
MCCORMICK INTERNATIONAL,A BUSINESS ENTITY,ETAL;
DEERE INCORPATED,A BUSINESS ENTITY,ETAL;
DEERE,A BUSINESS ENTITY,ETAL;
JOHN DEERE CREDIT SERVICES,A BUSINESS ENTITY,ETAL;
DEERE AND COMPANY,A BUSINESS ENTITY,ETAL;
JOHN DEERE INDUSTRIAL EQUIPMENT COMPANY,A BUSINESS ENTITY,ETAL;
ROCKEFELLER PLAZA,A BUSINESS ENTITY,ETAL;
ROCKEFELLER TRUST,A BUSINESS ENTITY,ETAL;
ROCKEFELLER FAMILY TRUST,A BUSINESS ENTITY,ETAL;
DEERING COMPANY,A BUSINESS ENTITY,ETAL;

HARVESTER,A BUSINESS ENTITY,ETAL;
INTERNATIONAL HARVESTER,A BUSINESS ENTITY,ETAL;
WARNER HOME VIDEO,A BUSINESS ENTITY,ETAL;
WARNER BROTHERS,A BUSINESS ENTITY,ETAL;
BANK ONE,A BUSINESS ENTITY,ETAL;
WASHINGTON MUTUAL BANK,A BUSINESS ENTITY,ETAL;
NEIL CREIGHTON,AN INDIVIDUAL,ETAL;
RICHARD A BEHRENHANSEN,AN INDIVIDUAL,ETAL;
CHARLES T BRUMBACK,AN INDIVIDUAL,ETAL;
STANTON R COOK,AN INDIVIDUAL,ETAL;
JAMES C DOWDLE,AN INDIVIDUAL,ETAL;
JACK FULLER,AN INDIVIDUAL,ETAL;
J NICHOLAS GOODBAN,AN INDIVIDUAL,ETAL;
JOHN W MADIGAN,AN INDIVIDUAL,ETAL;
LOUIS J MARSION JR,AN INDIVIDUAL,ETAL;
KEITH MCCORMICK,AN INDIVIDUAL,ETAL;
HOLLY W MADIGAN,AN INDIVIDUAL,ETAL;
MARK W MADIGAN,AN INDIVIDUAL,ETAL;
GRIFFITH W MADIGAN,AN INDIVIDUAL,ETAL;
MATHON OIL,A BUSINESS ENTITY,ETAL;
CONOCOPHILLIPS,A BUSINESS ENTITY,ETAL;
76,A BUSINESS ENTITY,ETAL;
UNION OIL COMPANY,A BUSINESS ENTITY,ETAL;
UNION 76,A BUSINESS ENTITY,ETAL;
UNIVERSAL STUDIOS,A BUSINESS ENTITY,ETAL;
WALT DISNEY,A BUSINESS ENTITY,ETAL;
DISNEY,A BUSINESS ENTITY,ETAL;
DISNEYLAND,A BUSINESS ENTITY,ETAL;
AOL,A BUSINESS ENTITY,ETAL;
AMERICAN ON LINE,A BUSINESS ENTITY,ETAL;
MICROSOFT,A BUSINESS ENTITY,ETAL;
MARION DEERING,AN INDIVIDUAL,ETAL;
JOHN DEERE,AN INDIVIDUAL,ETAL;
CHARLES DEERE,AN INDIVIDUAL,ETAL;
STEVEN C ROCKEFELLER,AN INDIVIDUAL,ETAL;
GEORGE ROCKEFELLER,AN INDIVIDUAL,ETAL;
ME DEERE-WIMAN,AN INDIVIDUAL,ETAL;
MR WIMAN,AN INDIVIDUAL,ETAL;
GEORGE MORGAN,AN INDIVIDUAL,ETAL;
THE MCCORMICK ESTATE,A BUSINESS ENTITY,ETAL;
MCCORMICK SPICES,A BUSINESS ENTITY,ETAL;
MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
KERR COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK REAL ESTATE PROPERTY,A BUSINESS ENTITY,ETAL;
MCCORMICK ENGINE,A BUSINESS ENTITY,ETAL;
MCCORMICK REAPER,A BUSINESS ENTITY,ETAL;

MCCORMICK INVESTIONS,A BUSINESS ENTITY,ETAL;
CHICAGO BEARS,A BUSINESS ENTITY,ETAL;
CHICAGO CUBS,A BUSINESS ENTITY,ETAL;
CHICAGO SPORTS,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
CHICAGO NEWSPAPER,A BUSINESS ENTITY,ETAL;
SOUTHERN PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
TRANSCONTINENTIAL RAILROAD,A BUSINESS ENTITY,ETAL;
SANTA FE RAILROAD,A BUSINESS ENTITY,ETAL;
THOMAS EDISON,A BUSINESS ENTITY,ETAL;
THOMAS EDISON AND COMPANY,A BUSINESS ENTITY,ETAL;
THOMAS EDISON,AN INDIVIDUAL,ETAL;
EDISON,A BUSINESS ENTITY,ETAL;
SOUTHERN PACIFIC EDISON COMPANY,A BUSINESS ENTITY,ETAL;
GENERAL ELECTRIC,A BUSINESS ENTITY,ETAL;
EXXON OIL CORPOATION,A BUSINESS ENTITY,ETAL;
GETTY OIL CORPORATION,A BUSINESS ENTITY,ETAL;
CHASE,A BUSINESS ENTITY,ETAL;
CHASE BANK,A BUSINESS ENTITY,ETAL;
J P MORGAN CHASE BANK,A BUSINESS ENTITY,ETAL;
J P MORGAN,AN INDIVIDUAL,ETAL;
CHAUNCEY MCCORMICK,AN INDIVIDUAL,ETAL;
BROOKS MCCORMICK,AN INDIVIDUAL,ETAL;
CHEVON OIL CORPORATION,A BUSINESS ENTITY,ETAL;
CHEVON OIL,A BUSINESS ENTITY,ETAL;
STANDARD OIL TRUST,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF NEW JERSEY,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF NEW YORK,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF CALIFORNIA,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF ATLANTIC,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF KENTUCY,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF OHIO,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF IOWA,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF MINNESOTA,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF ILLINOIS,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF KANSAS,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF MISSOURI,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF LOUISIANA,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF BRAZIL,A BUSINESS ENTITY, ETAL;
ANGLO-AMERICAN OIL COMPANY,A BUSINESS ENTITY, ETAL;
BUCKEYE PIPELINE COMPANY,A BUSINESS ENTITY, ETAL;
BORNE - SCRYMER COMPANY,A BUSINESS ENTITY, ETAL:
CHEISEBOUGH MANUFACTURY,A BUSINESS ENTITY, ETAL;
COLONIAL OIL,A BUSINESS ENTITY, ETAL;

CRESCENT PIPELINE COMPANY,A BUSINESS ENTITY, ETAL;
SOLAR REFINING,A BUSINESS ENTITY, ETAL;
SOUTHERN PIPLINE COMPANY,A BUSINESS ENTITY, ETAL;
SOUTH PENN OIL COMPANY,A BUSINESS ENTITY, ETAL;
PENNZOIL,A BUSINESS ENTITY, ETAL;
IMPERIAL OIL,A BUSINESS ENTITY, ETAL;
EXXON MOBIL,A BUSINESS ENTITY, ETAL;
EXXON,A BUSINESS ENTITY, ETAL;
SOCONY,A BUSINESS ENTITY, ETAL;
VACUUM,A BUSINESS ENTITY, ETAL;
CHEVRON,A BUSINESS ENTITY, ETAL;
TEXACO,A BUSINESS ENTITY, ETAL:
CHEVRON - TEXACO,A BUSINESS ENTITY, ETAL;
STANOLIND,A BUSINESS ENTITY, ETAL;
AMOCO,A BUSINESS ENTITY, ETAL;
BP,A BUSINESS ENTITY, ETAL;
RICHFIELD,A BUSINESS ENTITY, ETAL:
RICHFIELD - ATLANTIC,A BUSINESS ENTITY, ETAL;
RICHFIELD - ALTANTIC RICHFIELD,A BUSINESS ENTITY,ETAL;
ARCO,A BUSINESS ENTITY, ETAL;
SUNOCO,A BUSINESS ENTITY, ETAL;
CONOCO,A BUSINESS ENTITY, ETAL;
CONOCO PHILLIPS,A BUSINESS ENTITY, ETAL;
SHELL,A BUSINESS ENTITY, ETAL;
MAATHON OIL,A BUSINESS ENTITY, ETAL;
ESSO (UNITED KINDOM),A BUSINESS ENTITY, ETAL;
ESSO UK (UNITED KINGDOM),A BUSINESS ENTITY, ETAL;
JERSEY STANDARD,A BUSINESS ENTITY, ETAL;
CUMBERLAND PIPE LINE,A BUSINESS ENTITY, ETAL;
EUREKA,A BUSINESS ENTITY, ETAL;
GALENA SIGNAL OIL,A BUSINESS ENTITY, ETAL;
INDIANA PIPE LINE,A BUSINESS ENTITY, ETAL;
NATIONAL TRANSIT COMPANY,A BUSINESS ENTITY, ETAL;
NEW YORK TRANSIT COMPANY,A BUSINESS ENTITY, ETAL;
NORTHERN PIP LINE COMPANY,A BUSINESS ENTITY, ETAL;
PRAIRIE OIL AND GAS,A BUSINESS ENTITY, ETAL;
GENERAL ELECTRIC,A BUSINESS ENTITY, ETAL;
GE,A BUSINESS ENTITY,ETAL;
John Does 1-1000,John Does Companys 1-1000
Jane Does 1-1000, John Does Corporations 1-1000, inclusive

# SET OF FACTS

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to

ROBERT HALL MCCORMICK PERSONALLY WISHES WHEN HE WAS ALIVE AND UPON HIS DEALTH TO PASS ALL MONEY ASSETS FUNDS WEALTH COMPANIES BUSINESS INVESTMENTS REAL ESTATE PROPERTY AND PERSONAL PROPERTY TO THE DIRECT BLOOD HEIRS LOF THE MCCORMICK FAMILY

ROBERT HALL MCCORMICK PERSONAL INVENTION THE REAPER (TRACTOR) WHICH BROUGHT ABOUT ALL THE MONEY ASSETS FUNDS WEALTH BUSINESS COMPANIES INVESTMENTS REAL ESTATE PROPERTY AND PERSONAL PROPERTY

ROBERT HALL MCCORMICK PERSONALLY GAVE TO CYPRUS HALL MCCORMICK (SON) THE INVENTION OF THE REAPER (TRACTOR) IN WHICH HE (CYPRUS HALL MCCORMICK)  IT FOR THE BENEFIT (MONEY) ON THE MCCORMICK FAMILY DIRECT BLOOD HEIRS, HEIRS AND MCCORMICK FAMILY

ROBERT HALL MCCORMICK PERSONALLY WHEN LIVING AND UPONB HIS (ROBERT HALL MCCORMICK) DEALTH IN 1846 NEVER FORMED A FAMILOY TRUST AND OR TRUST

ROBERT HALL MCCORMICK PERSONALLY WAS SUPPORTED BY THE MONEY ASSETS FUNDS FROM THE REAPER (TRACTOR) FROM 1834 TO 1846 AND UPON HIS (ROBERT HALL MCCORMICK) DEATH

IN 1834 CYPRUS HALL MCCORMICK PERSONALLY CHANGED AND OR ADJUSTED THE REAPER (TRACTOR) TO PATIENT IT AND STARTED MARKETING MONEY BY SELLING THE REAPER (TRACTOR) IN 1846

CYPRUS HALL MCCORMICK PERSONALLY TOOK ALL THE ASSETS FUNDS MONEY WEALTH INVESTED IN BUSINESS COMPANIES INVESTMENTS REAL ESTATE PROPERTY AND PERSONAL PROPERTY FROM THE INVENTION OF THE REAPER BUSINESS INCOME AND STARTED PURCHASING UYING  PARTNERS  JOINT VENTURES MERGERS CORPORATIONS AND INVESTING ALL THE MONEY INTO PURCHASEING OTHER COMPANIES .  ALONG WITH PURCHASING REAL ESTATE PROPERTY IN THE UNITED STATES OF AMERICAN (STATES) AND OTHER COUNTRIES.

CYPRUS HALL MCCORMICK PERSONALLY WAS THE SOLE OWNER (PRIVATE OWNER) OF ALL THE COMPANIES AND BUSINESSES.  CYPRUS HALL MCCORMICK PERSONALLY

DID NOT SELL, BUY OR TRADE ANY STOCK, STOCK CERTIFICATES OR SHAREHOLDERS.

CYPRUS HALL MCCORMICK PERSONALLY DID NOT BUY, SELL OR TRADE ANY STOCK, STOCK CERTIFICATES, MUTUAL BONDS, BONDS, SHARES, CD"S CERTIFICATES PENSIONS AND RETIREMENT PLAN IN ANY AND ALL OF HIS (CYPRUS HALL MCCORMICK) COMPANIES AND BUSINESSES.

A 190 (ONE HUNDRED AND NINETY) YEAR OLD GENERATION PRIVATELY OWNED COMPANIES AND NO FAMILY TRUST, TRUSTS OR TRUSTEES.

~~CYPRUS HALL MCCORMICK SENIOR , CYPRUS HALL MCCORMICK JUNIOR AND CYPRUS~~ HALL MCCORMICK III PERSONALLY LIVING WISHES AND UPON THERE DEATHS PASSED ANY AND ALL MONEY ASSETS WEALTH FUNDS PERSONAL PROPERTY AND REAL ESTATE PROPERTY BY A ORAL WRITTEN DOCUMENT WHICH WAS A WILL OR LAST WILL AND TESTAMENT TO THE DIRECT HEIRS, HEIRS OR MCCORMICK FAMILY

CYPRUS HALL MCCORMICK SENIOR , CYPRUS HALL MCCORMICK JUNIOR AND CYPRUS HALL MCCORMICK III AS THE OWNER OR SOLE OWNERS  PERSONALLY PRIVATELY OWNED THE COMPANIES AND BUSINESSES

CYPRUS HALL MCCORMICK PERSONAL WILL WILLED OR LAST WILL AND TESTAMENT IN THE PROBATES AND PROBATE COURTS PERSONALLY GAVE EVERYTHING TO ONLY THE DIRECT BLOOD HEIRS OR HEIRS (WIFES) ANY AND ALL COMPANIES AND BUSINESSES PERSONAL OR PERSONAL PROPERTY OR REAL ESTATE PROPERTIES FROM ONE GENERATION TO ANOTHER GENERATION.

ALL LEGAL DOCUMENTS (CONTRACTS) AS THE OWNERS WOULD HAVE TO ADDRESSED AND SIGNED BY THE TRUE OWNERS CYPRUS HALL MCCORMICK SENIOR CYPRUS HALL MCCORMICK JUNIOR AND CYPRUS HALL MCCORMICK III

CYPRUS HALL MCCORMICK PERSONALLY EMPLOYED (PAID EMPLOYERS) PAID EARNINGS PAY CHECKS OR CHECKS TO OUTSIDE FAMILY MEMBERS (MCCOMRICK FAMILY MEMBERS) SUCH AS NEPHEW UNCLE AUNT OR COUSINS) THAT WORKED FOR HIM CYPRUS HALL MCCORMICK IN JOBS POSITIONS SUCH AS DIRECTORS EXECUTIVES SUPERVISORS AND MANAGERS

THE WILL OR LAST WILL AND TESTAMENT WENT FROM ONE DIRECT BLOOD HEIR OR HEIRS SUCH AS THE SON, GRANDSON, GREAT GRANDSON AS FOLLOWERS:

ROBERT HALL MCCORMICK

CYPRUS HALL MCCORMICK

CYPRUS HALL MCCORMICK

CYPRUS HALL MCCORMICK

CYPRUS HALL MCCORMICK

CYPRUS HALL MCCORMICK

ALSO I PERSONALLY FEEL THAT THIS ESTATES EFFECT ALL THE MCCORMICK ESTATES,TOO

AFTER THE DEATH  OF CYPRUS HALL MCCORMICK PERSONAL WILL AND LAST wILL AND TESTAMENT OF CYPRUS HALL MCCORMICK HIS (CYPRUS HALL MCCORMICK) CHILDREN FORMED A MCCORMICK FAMILY TRUST OR TRUST.

THE CHILDREN OF CYPRUS HALL MCCORMICK PERSONALLY FORMED A TRUST AND PERSONALLY WERE TRUSTEES OF THE TRUST OR MCCORMICK FAMILY TRUST

THE MCCORMICK FAMILY TRUST OR TRUST PURPOSE OF A TRUST WAS TO SAFEGUARD  ANY AND ALL MONEY ASSETS FUNDS WEALTH PERSONAL PROPERTY AND REAL ESTATE PROPERTY COMPANIES INVESTMENTS BUSINESSES CORPORATIONS FOR THE DIRECT BLOOD HEIRS AND HEIRS (WIFES) OF THE MCCORMICK FAMILY TRUST.

A 190 YEAR OLD FAMILY GENERATION WILLS, WILL OR LAST WILL AND TESTAMENT PASSED FROM ONE GENERATION TO ANOTHER GENERATION.

THE MCCORMICK FAMILY TRUST IS A FRAUD.

THE MCCORMICK FAMILY TRUST PERSONAL ATTORNEYS AND TRUSTEES WERE NOT HIRED, EMPLOYED, APPOINTED OR POWER OF ATTORNEY BY THE DIRECT BLOOD HEIRS, HEIRS ,OWNERS AND BENEFICIARYS

ALL THE CONTRACTS, SELLS, PURCHASERS, TRADES OF ANY AND ALL OF THE MCCORMICK FAMILY TRUST PERSONAL PROPERTY AND REAL ESTATE PROPERTY PERSONAL ATTORNEYS AND TRUSTEES WERE NOT HIRED, EMPLOYED, APPOINTED OR POWER OF ATTORNEY BY THE DIRECT BLOOD HEIRS, HEIRS ,OWNERS AND BENEFICIARYS BY THE DIRECT BLOOD HEIRS OR HEIRS FOR THE MCCORMICK FAMILY TRUST OR TRUST WHICH MAKES THE MCCORMICK FAMILY TRUST FRAUD.

THE MCCORMICK FAMILY TRUST PERSONALLY WAS FORMED AND STABLISHED TO SAFEGUARD AND PROTECT FROM ROBBERY, EMBASSMENT, FRAUD THEFT AND FALSE CONVEYANCES ON ANY AND ALL PERSONAL PROPERTY AND REAL ESTATE PROPERTY.

THE MCCORMICK FAMILY TRUST PERSONALLY TRUSTEES AND ATTORNEYS PERSONALLY ARE A FRAUD MALICIOUS MISLEAD CONVEYED AND CONCEALED ALL MONEY ASSETS FUNDS WEALTH COMPANIES AND BUSINESS FROM THE OWNERS, DIRECT BLOOD HEIRS, HEIRS AND BENEFICIARYS OF THE ESTATES MCCORMICK AND THE MCCORMICK FAMILY TRUST.

THE MCCORMICK FAMILY TRUST PERSONALLY TRUSTEES AND ATTORNEYS PERSONALLY ARE A FRAUD MALICIOUS MISLEAD CONVEYED AND CONCEALED ALL OF THE DIRECT BLOOD HEIRS AND HEIRS WHO ARE THE DIRECT BLOOD HEIRS, OWNERS, HEIRS AND BENEFICIARYS OF THE ESTATES OF CYPRUS HALL MCCORMICK OR THE MCCORMICK FAMILY TRUST.

THE MCCORMICK FAMILY TRUST PERSONALLY OWNERS DIRECT BLOOD HEIRS , HEIRS OR BENEFICIARYS PERSONALLY DID NOT APPOINTED POWER OF ATTORNEYS,HIRED OR EMPLOY FOR EMPLOYMENT THE LAW FIRM AND ATTORNEYS FOR THE PURPOSES OF  THE MCCORMICK FAMILY TRUST OR TRUST.

THE MCCORMICK FAMILY TRUST PERSONALLY OWNERS DIRECT BLOOD HEIRS, HEIRS OR BENEFICIARYS PERSONALLY  TRUSTEES, ADMINISTRATORS OR ATTORNEYS FOR THE TRUST OR MCCORMICK FAMILY TRUST ARE FRAUD.

THE MCCORMICK FAMILY TRUST PERSONAL ATTORNEYS OR TRUSTEES ARE ONLY PAID EMPLOYEES BY A PAYCHECK, PAY OR A CHECK TO PERFORM THERE FIDUCIARY DUTY TO PERFORM FOR THE OWNERS, DIRECT BLOOD HEIRS, HEIRS AND BENEFICIARYS.

I PERSONALLY FEEL THAT THE ESTATES OF THE CYPRUS HALL MCCORMICK AND THE TRUST OR MCCORMICK FAMILY TRUST IS BEING ROBBED EMBASSED GRAND LACARY AND THEFT.

CYPRUS HALL MCCORMICK PERSONALLY OWNED ALL BUSINESSES,

COMPANIES, PERSONAL PROPERTY AND REAL ESTATE PROPERTIES

ALSO THROUGH THE HIS (CYPRUS HALL MCCORMICK) LIVING WISHES

AND AFTER THE DEATH THE WILL AND OR LAST WILL AND TESTAMENT

ONLY WENT TO THE CYPRUS HALL MCCORMICK

FAMILY FROM ONE GENERATION TO THE OTHER GENERATION FROM

CYPRUIS HALL MCCORMICK TO CYPRUS HALL MCCORMICK TO

CYPRUS HALL MCCORMICK TO CYPRUS HALL MCCORMICK.

CYPRUS HALL MCCORMICK PERSONALLY LIVING LAST WISHES

UPON DEATH AND WRITTEN IN THE WILL OR LAST WILL AND

TESTAMENT NEVER GAVE MONEY, ASSETS, FUNDS BUSINESS

COMPANIES PERSONAL PROPERTY AND REAL ESTATE PROPERTY

 TO HIS (CYPRUS HALL MCCORMICK) AUNTS, UNCLES, COUSINS,

SISTERS, BROTHERS, NIECES OR NEPHEWS ANY AND ALL OF HIS

(CYPRUS HALL MCCORMICK BUSINESSES, COMPANIES PERSONAL

PROPERTY AND REAL ESTATE PROPERTIES.

CYPRUS HALL MCCORMICK PERSONAL LIVING WISHES BEFORE DEATH

AND WILL OR LAST WILL AND TESTAMENT PERSONALLY

HIS (CYPRUS HALL MCCORMICK) AUNTS, UNCLES, COUSINS, SISTERS,

BROTHERS, NIECES OR NEPHEWS ANY AND ALL OF HIS (CYPRUS HALL

MCCORMICK BUSINESSES, COMPANIES PERSONAL PROPERTY AND REAL
ESTATE PROPERTIES.

THE TRIBUNE COMPANY PERSONALLY WAS PLACE AND WRITTEN
IN CYPRUS HALL MCCORMICK LIVING WISHES BEFORE DEATH, IBN THE
WILL AND LAST WILL AND TESTAMENT.

ALSO THE DIRECT HEIRS OR HEIRS PERSONALLY DID NOT FILE
CLAIMS AND LAWSUITS ON THE TRIBUNE COMPANY FOR THE
TRUE OWNERSHIP OF CYPRUS HALL MCCORMICK TO SON TO SON TO
SON OR THE ROBBERY OF THE MCCORMICK TRUST.

HIS (CYPRUS HALL MCCORMICK)

CYPRUS HALL MCCORMICK PERSONALLY ONLY PAID PAYCHECKS
WAGES AND SALARIES TO OUTSIDE FAMILY MEMBERS SUCH AS
AUNTS, UNCLES, COUSINS, SISTERS, BROTHERS, NIECES OR NEPHEWS
ANY AND ALL OF HIS (CYPRUS HALL MCCORMICK BUSINESSES,
COMPANIES PERSONAL PROPERTY AND REAL ESTATE PROPERTIES.

**THE DIRECT BLOOD HEIRS AND HEIRS AS THEY TURNED 18 YEARS**
**OLD TO 24 YEARS OLD PERSONALLY HAD A RIGHT OF INHEREITH**
**TO CLAIM OR FILE A LAWSUIT ON THE TRIBUNE COMPANY.**
**ALSO I PERSONALLY FEEL THE DIRECT BLOOD HEIRS AND HEIRS**
**PERSONALLY HAD THE RIGHTS TO FILE ON ROBBERY, EMBEZZMENT**

GRAND LACARY AND FRAUD.  ALSO I PERSONALLY FEEL THAT

THE DIRECT BLOOD HEIRS AND HEIRS PERSONALLY HAD A

RIGHT TO FILE POSSIABLE MURDER CHARGES ON THE DEATHS

OF ROBERT RUTHERFORD MCCORMICK. MARYLAND MCCORMICK,

ANITA MCCORMICK AND ANNA MCCORMICK.

I PERSONALLY AM CLAIMING ROBBERY, THEFT, EMBEZZMENT AND

GRAND LACARY.

ALSO I PERSONALLY FEEL THAT ROBERT RUTHERFORD MCCORMICK

WAS BLACK MALED, AFTER HE (ROBERT RUTHERFORD MCCORMICK)

QUIT PAYING THE BLACK MALE CRIMINALS THAT THEY POSSIBLE

AND SUSPENION OF MURDER.

ROBERT RUTHERFORD MCCORMICK PERSONALLY NEVER PURCHASED

OR OWNED THE TRIBUNE COMPANY AND ALL SUBSIBIARIES.

I PERSONALLY AM CLAIMING ROBBERY EMBEZZMENT THEFT

AND GRAND LACACY

JoAnna Canzoneri McCormick
2609 East 14th Street
Brooklyn New York 11235
Cell 718 690 8124
Email Blonblue1@hotmail.com

Jo Anna Canzoneri, PRO SE

Plaintiffs Attorney  IN PRO PER

UNITED STATES FEDERAL COURT
500 Pearl Street
New York   New York 10007

Complaint

Breach of Contract
General Negligence
Intentional Tort
Fraud

**PLAINTIFF:**
Jo Anna Canzoneri,an individual,etal;
Jo Anna Canzoneri aka Jo Anna
Canzoneri McCormick,an individual,etal;
Jo Anna Canzoneri McCormick,an individual,etal;
John Does1-1000
Jane Does 1-1000

**VS**

**DEFENDANT:**
TRIBUNE, a business entity, etal;

JURISDICTION (CHECK ALL THAT APPLY)
CASE NUMBER
XXX   ACTION IS AN UNLIMITED CIVIL CASE  (EXCEEDS $25,000)

1. PLAINTIFF (name or names):   JO ANNA CANZONERI MC Cormick

alleges causes of action against defendant (name or names) TRIBUNE

2. This pleading, including attachments and exhibits, consists of the following num' er of pages

    a. Each plaintiff named above is a competent adult
    Except plaintiff (name)
    (1)  A corporation qualified to do business in
    (2)  An unincorporated entity (describe)
    (3)  Other (specify)

3. Plaintiff (name)

    a.  Has complied with the fictious business name laws and is doing business under the fictitious  name (specify)

    b.  Has complied with all licensing requirements as a licensed (specify)

    c.  Information about additional plaintiffs who are not competent adults is shown in Attachment 3c

4. Each defendant named above is a natural person

XX Except defendant (name)
  (1)  A business organization, form unknown
    (2)  A corporation
    (3)  An unincorporated entity (describe)
    (4)  A public entity (describe)
    (5)  Other (specify)

XX Except defendant (name)
  (1)   A business organization. form unknown
    (2)   A corporation
    (3)   An unincorporated entity (describe)
    (4)   A public entity (describe)
    (5)   Other (specify)

( see attached defendants "DOES" defendants "Does" 1—1000
"DOES" attached hereto and made a part hereof )

Except defendant (name)
(1)  A business organization, form unknown
    (2)  A corporation
    (3)  An unincorporated entity (describe)
    (4)  A public entity (describe)
    (5)  Other (specify)

Except defendant (name)
  (1)   A business organization, form unknown
    (2)   A corporation
    (3)   An uinicorporated entity (describe)
    (4)   A public entity (describe)
    (5)   Other (specify)

SHORT TITLE:   JO ANNA CANZONERI McCormick   CASE NUMBER

4. (CONTINUED)

b.   The true names of defendants sued as Does are unknown to plaintiff,

X X (1) Doe Defendants (specify DOE numbers):   were the agents or employees of the
named defendants and acted within the scope of that agency or employment.

X X (2) Doe defendants (specify DOE numbers):   are persons whose capacities are
unknown to Plaintiff.

c.   Information about additional defendants who are not natural persons is contained in
Attachment

d.   Defendants who are joined under Code of Civil Procedure section XXXX are (names)

5.   Plaintiff is required to comply with a claims statute, and

XX a.   has complied with applicable claims statutes, or

XX b.   is excused from complying because (specify)

6. X This action is subject to   Civil Code section XXX   Civil Code section XXX

7.   This court is the proper court because

a   a defendant entered into the contract here.

X b   a defendant lived here when the contract was entered into.

X c.   a defendant lives here now

X d.   the contract was to be performed here.

X e.   a defendant is a corporation or unincorporated association and its principal place of business
is here.

X f.   real property that is the subject of this action is located here.

g   other (specify)

8.   The following causes of action are attached and the statements above apply to each (each complaint
must have one or more causes of action attached):

XXX   Breach of Contract          XX   GENERAL NEGLIGENCE

XXX   Other (specify) FRAUD        XX Discrimination

XXX   INTENTIONAL TORT            XX Discrimination of Wages

9.   Other allegations

10.   Plaintiff prays for judgement for costs of suit; for such relief as is fair, just, and equitable; and for

XX a.   Damages of $ UNKNOWN AT THIS TIME

XX b.   Interest on the damages UNKNOWN AT THIS TIME
According to proof UNKNOWN AT THIS TIME
At the rate of (specify)          percent per year from (date):

XX c.   Attorney fees
(1)   Of $ UNKNOWN AT THIS TIME
(2)   According to proof UNKNOWN AT THIS TIME

X X d.. Other (specify) COMPENSATORY, CONSEQUENTIAL AND PUNITIVE DAMAGES

11.   The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph
numbers):

DATE 07/19/2015

JO ANNA CANZONERI McCormick          JO ANNA CANZONERI McCormick

# COUNT   ONE   (1)   BREACH OF CONTRACT

Plaintiff JoAnna Canzoneri McCormick alleges that on or about (date)
MAY 01, 2004  and at various times thereafter  written and oral
agreements was made between the PLAINTIFF AND DEFENDANTS

A copy of the agreement  will be provided when requested or
suproed

The essential terms of the  ORAL AND WRITEN AGREEMENTS are
stated on or about

On or about (dates)  May 01, 2004 and at various times
Thereafter the Defendants and each one of them breached the ORAL
AND WRITTEN AGREEMENTS,  Plaintiff  has performed all obligations
to defendants except those obligations plaintiff was prevented or
excused from performing.

Plaintiff suffered damages legally (proximately) caused by
defendant's BREACH OF THE ORAL AND WRITTEN AGREEMENTS

Plaintiff is entitled to attorney fees by an agreement or a
STATE STATUTE, STATUTE OR STATUE OF FRAUD  of  $ UNKNOWN AT THIS
TIME AND ACCORDING TO PROOF

# COUNT   TWO   (2) GENERAL NEGLIGENCE

Plaintiff  Alleges that defendantS and each one of them
was the legal (proximate) cause of damages to plaintiff.  By the
following acts or omissions to act, defendants and each one of them
negligently caused the damage to plaintiff

On or ABOUT                    and at various times thereafter

# COUNT THREE (3) INTENTIONAL TORT

Plaintiff JoAnna Canzoneri McCormick Alleges that defendants and each one of them was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

On (date): ON OR ABOUT                    and at various times thereafter

# COUNT FOUR (4) FRAUD

Plaintiff JoAnna Canzoneri McCormick Alleges that defendants and each one of them

On or about                    and at various timers thereafter defrauded plaintiff as follows.

The Defendants and each one of them Intentional or Negligent Misrepresentation of the material fact. These representations were in fact false and not the truth

When defendants and each one of them made the representations them knew they were false

Defendants and each one of them made the representations with the intent to defraud and induce plaintiff to act at the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

The Defendants and each one of them concealed or suppressed material facts

Continue Count Four (4) FRAUD

The Defendants and each one of them  concealed or suppressed

material facts when in fact the

Defendants and each one of them  was bound to disclose.  By

telling plaintiff other facts to mislead plaintiff and prevent

plaintiff from discovering the concealed  or  suppressed facts

Defendants and each one of them  concealed or suppressed these

facts with the intent to defraud and induce plaintiff to act

At the time plaintiff acted, plaintiff was unaware of the

concealed or suppressed  facts and would not have taken the action

if plaintiff had known the facts.

A  PROMISE WITHOUT INTENT TO PERFORM  the Defendants and each

one of them

Defendants made a promise about a material matter without any

intention of performing it

Defendants and each one of them promise without any intention of

performance was made with the intent to defraud and induce

Plaintiff to rely upon it and to

At the time plaintiff acted, plaintiff was unaware of

Defendants and each one of them intention not to perform the

promise.  Plaintiff acted in justificable reliance upon the promise.

In justifiable reliance upon defendants and each one of them defendants

conduct, plaintiff was induced to act.  Because of plaintiff's reliance

upon defendants and each one of them conduct, plaintiff has been

damaged

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corp.
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc. (9221);
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com corp.
ForSaleByOwner.com Referral Serv. LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC;
KIAH Inc.

KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Co.
Patuxent Publishing Company
Publishers Forest Products Co. of Wash.
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Co., Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company

Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc., n/k/a
Tribune Washington Bureau Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC f/k/a Chicago National
League Ball Club, LLC
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Co.
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Hldgs, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Hldgs, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THIRD AMENDED JOINT
PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND
VOTING AND OBJECTION DEADLINES RELATING TO THE PLAN**

PLEASE TAKE NOTICE THAT on November [18], 2011, the Debtors in the above-referenced chapter 11 cases filed the Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as may be amended, the "Plan") and the Supplemental Disclosure Document related to the Plan (as may be amended, the "Supplemental Disclosure Document"). Capitalized terms not defined in this notice have the meanings given to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT:

1. The deadline for voting to accept or reject the Plan is **4:00 p.m. Eastern Time on January 20, 2011**, unless such time is extended. Objections to the Plan must comply with the Resolicitation Order and be filed by **4:00 p.m. Eastern Time on January [●], 2012**. A hearing to consider confirmation of the Plan will be held on **February [●], 2012 at 10:00 a.m. Eastern Time**, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

2. On December [●], 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Resolicitation Order") approving the Supplemental Disclosure



## COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

Exhibit "A"



### CERTIFICATE OF REGISTRY OF MARRIAGE
(PERSONAL DATA. LICENSE TO MARRY. CERTIFICATION OF MARRIAGE)

STATE FILE NUMBER

33738

| | | | | | |
|---|---|---|---|---|---|
| **GROOM PERSONAL DATA** | 1. NAME OF GROOM—FIRST NAME **Richard** | 1b. MIDDLE NAME **Allen** | 1c. LAST NAME **McCormick** | | LOCAL REGISTRAR'S NUMBER 5. DATE OF BIRTH—MONTH, DAY, YEAR **Jun 2 1949** |
| | 3. AGE (LAST BIRTHDAY) **20** YEARS | 4. NUMBER OF THIS MARRIAGE **1** | 5. DATE LAST MARRIAGE ENDED 5a. PREVIOUSLY MARRIED 5b. LAST MARRIAGE ENDED BY | 6. BIRTHPLACE (STATE OR FOREIGN COUNTRY) **Illinois** | |
| | 7a. RESIDENCE OF GROOM—STREET ADDRESS **210 N Monterey St** | | 7b. CITY OR TOWN **Alhambra** | 7c. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE) **Los Angeles** | |
| | 8. PRESENT OR LAST OCCUPATION **Laborer** | 8a. KIND OF INDUSTRY OR BUSINESS **Campers** | | | 9. HIGHEST SCHOOL GRADE COMPLETED **12** |
| | 10a. NAME OF FATHER OF GROOM **Charles McCormick** | 10b. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY) **Alabama** | 11a. MAIDEN NAME OF MOTHER OF GROOM **Barbara Festa** | | 11b. BIRTHPLACE OF MOTHER (STATE OR FOREIGN COUNTRY) **Massachusetts** |

| | | | | | |
|---|---|---|---|---|---|
| **BRIDE PERSONAL DATA** | 12a. NAME OF BRIDE—FIRST NAME **Jo Ann** | 12b. MIDDLE NAME | 12c. LAST NAME **Canzoneri** | | 13. DATE OF BIRTH—MONTH, DAY, YEAR **Feb 7 1953** |
| | 14. AGE (LAST BIRTHDAY) **16** YEARS | 15. NUMBER OF THIS MARRIAGE **1** | 16a. DATE LAST MARRIAGE ENDED 16b. PREVIOUSLY MARRIED 16c. LAST MARRIAGE ENDED BY | 17. BIRTHPLACE (STATE OR FOREIGN COUNTRY) **New York** | |
| | 18a. RESIDENCE OF BRIDE—STREET ADDRESS **309 No Atlantic Blvd** | | 18b. CITY OR TOWN **Alhambra** | 18c. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE) **Los Angeles** | |
| | 19a. PRESENT OR LAST OCCUPATION **None** | 19b. KIND OF INDUSTRY OR BUSINESS | 20. HIGHEST SCHOOL GRADE COMPLETED **10** | | 21. MAIDEN NAME OF BRIDE (IF PREVIOUSLY MARRIED) |
| | 22a. NAME OF FATHER OF BRIDE **Joseph J Canzoneri** | 22b. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY) **New York** | 23a. MAIDEN NAME OF MOTHER OF BRIDE **Amelia Mazur** | | 23b. BIRTHPLACE OF MOTHER (STATE OR FOREIGN COUNTRY) **New York** |

**AFFIDAVIT OF BRIDE AND GROOM**

WE, THE BRIDE AND GROOM NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF, STATE THAT THE FOREGOING INFORMATION IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US, AND HEREBY APPLY FOR LICENSE TO MARRY.

24a. BRIDE (SIGNATURE) *Jo Ann Canzoneri*    24a. GROOM (SIGNATURE) *Richard M McCormick*

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY, GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS, REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE

| 25a. SUBSCRIBED AND SWORN TO BEFORE ME ON **Jul 23 1969** | 25b. DATE LICENSE ISSUED **Jul 23 1969** | 25c. LICENSE NUMBER **1317** | 25d. COUNTY CLERK |
|---|---|---|---|
| | 25e. EXPIRATION DATE **Oct 21 1969** | 25f. COUNTY OF ISSUE OF LICENSE **LOS ANGELES** | **WILLIAM G. SHARP** BY *Richard Sirk* DEPUTY |

**WITNESSES**

| 26a. SIGNATURE OF WITNESS *Deborah Pounds* | 26b. ADDRESS OF WITNESS—STREET ADDRESS **7903 E Whitmore** | 26c. ADDRESS OF WITNESS—CITY OR TOWN AND STATE **Rosemead, California** |
|---|---|---|
| 27a. SIGNATURE OF WITNESS *Markita Rodriguez* | 27b. ADDRESS OF WITNESS—STREET ADDRESS **214 N Monterey** | 27c. ADDRESS OF WITNESS—CITY OR TOWN AND STATE **Alhambra, California** |

**CERTIFICATION OF PERSON PERFORMING CEREMONY**

28. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

ON **July** MONTH **24** DAY **19 69** YEAR

AT **Los Angeles** CITY OR TOWN **California**

29a. SIGNATURE OF PERSON PERFORMING CEREMONY AND OFFICIAL TITLE *James Harvey Brown* **Municipal Court Judge**

29b. NAME OF PERSON PERFORMING CEREMONY **James Harvey Brown**

29c. DENOMINATION (IF PRIEST, MINISTER OR RABBI)

29d. ADDRESS—STREET ADDRESS, CITY OR TOWN, STATE **111 N Hill St, Los Angeles, Calif.**

**LOCAL REGISTRAR OF MARRIAGES**

30. DATE ACCEPTED FOR REGISTRATION **JUL 31 1969**

31. LOCAL REGISTRAR—SIGNATURE *Ray E. Lee*

STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH—BUREAU OF VITAL STATISTICS

---

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Conny B. McCormack*



**CONNY B. McCORMACK**
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

SEP 17 2007

*019592550*





**Brighton Eye**
2025 Kings Highway Brooklyn NY 11229
Tel: 718.339.6868 718.332.0444 718.627.0045

www.brightoneye.com
Fax: 718 627 7219

**Millie R. Fell, MD, FACS**
Medical & Surgical Director

**Andrew R Brookner, MD**
Medical & Surgical Ophthalmology

**Yelena Babayeva, OD**

January 22 2014

Jo Anna Canzoneri McCormick
342 North Atlantic Boulevard
Alhambra, CA 91801

To Whom It May Concern

[illegible] Anna Canzoneri [illegible] successful cataract extraction in both of her eyes at the Brooklyn eye surgery Center the right on 10/29/2013 and the left on [illegible]/2013. She did very well post-operatively. As of 12/05/2013 her visual acuity post operatively was OD 20/40 and OS 20/25.

If I can be of any further assistance, please don't hesitate to contact my office.

Sincerely,

Millie R Fell
Millie R. Fell, MD, FACS
[illegible] Assistant Professor of Ophthalmology [illegible]

JoAnna Canzoneri McCormick
995 East Green Street
#324
Pasadena CA 91106
April 18, 2013
Everett McKinley Dirksen
United States Federal Courthouse
219 South Dearborn Street
Chicago Illinois 60604

RE: COURT FILING on Tribune Company

DEAR GENTLEMEN:

PLEASE FIND ATTACHED AND ENCLOSED FOR DOCUMENTS FOR THE FILLING OF
A LAWSUIT Tribune Company
THE FOLLOWING DOCUMENTS:
    Application to Sue (US Federal Court)
    CIVIL CASE COVER SHEET
    SUMMONS
    COMPLAINT (ATTACHMENTS, BREACH OF CONTRACT,
        INTENTIONAL TORT, GENERAL NEGLIGENCE AND FRAUD
    REQUEST FOR PRODUCTION OF DOCUMENTS
    TEMPORARY RETAINING ORDER AND MOTION TO STAY
    AFFIDAVIT IN SUPPORT OF APPLICATION FOR WAIVER OF
        FILLING AND SERVICE FEES AND COSTS AND TO PROCEED
        AS A POOR PERSON
    PROOF OF SERVICE (mailing list) Defendants attached
    Request court to serve Defendants attached mailing list
    marriage Certificate
    Exhibit "A", "B", "C", "D" "E" and "F" Also see attached Court document

SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME IN WRITING


THANK YOU


SINCERELY

JoAnna Canzoneri McClonh

JoAnna Canzoneri McCormick

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JoAnna Canzoneri McCormick, et al

**DEFENDANTS**
Tribune Company, et al

**(b)** County of Residence of First Listed Plaintiff  Los Angeles County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  626, 417-3861
JoAnna Canzoneri McCormick, pro se
3412 N Atlantic Blvd Alhambra CA 91801

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*  Murder and Robbery, Theft Embezzlement Grand Larceny
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☒ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 310 Airplane | ☒ 365 Personal Injury - Product Liability | | ☐ 410 Antitrust |
| ☒ 140 Negotiable Instrument | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☒ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☒ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☒ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☒ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | ☒ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☒ 196 Franchise FRAUD Contracts | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 896 Arbitration |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | **SOCIAL SECURITY** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☒ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | ☐ 861 HIA (1395ff) | |
| ☒ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | ☐ 862 Black Lung (923) | ☐ 950 Constitutionality of State Statutes |
| ☒ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 863 DIWC/DIWW (405(g)) | |
| ☒ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 864 SSID Title XVI | Constitution |
| ☒ 290 All Other Real Property  Murder Personal and real estate property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 865 RSI (405(g)) | Civil Rights |
| | ☐ 448 Education | ☐ 555 Prison Condition | **FEDERAL TAX SUITS** | Inheritable |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | Stock Shareholder |
| | | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | **IMMIGRATION** | | |
| | | ☐ 462 Naturalization Application | | |
| | | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | ☒ Civil Litigation | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*  ☒ Removed from Bankruptcy Court

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened  Wills
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Possible Murder, robbery, theft, embezzment and Grand Larceny

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
*(See instructions.)*
JUDGE

DOCKET NUMBER

DATE  April 18, 2013

SIGNATURE OF ATTORNEY OF RECORD  pro se JoAnna Canzoneri McCormick

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JoAnna Canzoneri McCormick Pro Se
2609 East 14th Street
Brooklyn New York 11235
July 19, 2015   Cell 718 690 8124
Email Blonblue1@hotmail.com
Clerk Ruby J. Krajick
United States Federal Court
500 Pearl Street
New York New York 10007

RE: COURT FILING ON TRIBUNE.

DEAR GENTLEMEN:

PLEASE FIND ATTACHED AND ENCLOSED FOR DOCUMENTS FOR THE FILLING OF A LAWSUIT THE FOLLOWING
DOCUMENTS:

- CIVIL CASE COVER SHEET
- SUMMONS
- COMPLAINT (ATTACHMENTS –BREACH OF CONTRACT,
  INTENTIONAL TORT,GENERAL NEGLIGENCE AND FRAUD
- REQUEST FOR PRODUCTION OF DOCUMENTS
- TEMPORARY RETAINING ORDER AND MOTION TO STAY
- AFFIDAVIT IN SUPPORT OF APPLICATION FOR WAIVER OF
  FILLING AND SERVICE FEES AND COSTS AND TO PROCEED
  AS A POOR PERSON
  PROOF OF SERVICE
  NOTICE OF MOTION FOR EXTENSION OF TI
- Request for court to serve Defendants

SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME IN WRITING

THANK YOU

SINCERELY

JO ANNA MCCORMICK CANZONERI



**CERTIFICATION OF VITAL RECORD**

## COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

Exhibit "A"

### CERTIFICATE OF REGISTRY OF MARRIAGE

(PERSONAL DATA, LICENSE TO MARRY, CERTIFICATION OF MARRIAGE)

STATE FILE NUMBER

33738

LOCAL REGISTRAR'S NUMBER

| | | | |
|---|---|---|---|
| **GROOM PERSONAL DATA** | 1a. NAME OF GROOM—FIRST NAME: Richard | 1b. MIDDLE NAME: Allen | 1c. LAST NAME: McCormick | 2. DATE OF BIRTH—MONTH, DAY, YEAR: Jun 2 1949 |

| GROOM PERSONAL DATA | |
|---|---|
| 3. AGE (LAST BIRTHDAY): 20 YEARS | 4. NUMBER OF THIS MARRIAGE: 1 |
| 5a. DATE LAST MARRIAGE ENDED | 5b. LAST MARRIAGE ENDED BY (SPECIFY DEATH, DIVORCE OR ANNULMENT) |
| 6. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Illinois | |
| 7a. RESIDENCE OF GROOM—STREET ADDRESS: 210 N Monterey St | 7b. CITY OR TOWN: Alhambra |
| 7c. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE): Los Angeles | |
| 8a. PRESENT OR LAST OCCUPATION: Laborer | 8b. KIND OF INDUSTRY OR BUSINESS: Campers |
| 9. HIGHEST SCHOOL GRADE COMPLETED: 12 | |
| 10a. NAME OF FATHER OF GROOM: Charles McCormick | 10b. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY): Alabama |
| 11a. MAIDEN NAME OF MOTHER OF GROOM: Barbara Festa | 11b. BIRTHPLACE OF MOTHER (STATE OR FOREIGN COUNTRY): Massachusetts |

| BRIDE PERSONAL DATA | |
|---|---|
| 12a. NAME OF BRIDE—FIRST NAME: Jo Ann | 12b. MIDDLE NAME |
| 12c. LAST NAME: Canzoneri | 13. DATE OF BIRTH—MONTH, DAY, YEAR: Feb 7 1953 |
| 14. AGE (LAST BIRTHDAY): 16 YEARS | 15. NUMBER OF THIS MARRIAGE: 1 |
| 16a. DATE LAST MARRIAGE ENDED | 16b. LAST MARRIAGE ENDED BY (SPECIFY DEATH, DIVORCE OR ANNULMENT) |
| 17. BIRTHPLACE (STATE OR FOREIGN COUNTRY): New York | |
| 18a. RESIDENCE OF BRIDE—STREET ADDRESS: 309 No Atlantic Blvd | 18b. CITY OR TOWN: Alhambra |
| 18c. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE): Los Angeles | |
| 19a. PRESENT OR LAST OCCUPATION: None | 19b. KIND OF INDUSTRY OR BUSINESS |
| 20. HIGHEST SCHOOL GRADE COMPLETED: 10 | 21. MAIDEN NAME OF BRIDE (IF PREVIOUSLY MARRIED) |
| 22a. NAME OF FATHER OF BRIDE: Joesph J Canzoneri | 22b. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY): New York |
| 23a. MAIDEN NAME OF MOTHER OF BRIDE: Amelia Mazur | 23b. BIRTHPLACE OF MOTHER (STATE OR FOREIGN COUNTRY): New York |

**AFFIDAVIT OF BRIDE AND GROOM**

WE, THE BRIDE AND GROOM NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF, STATE THAT THE FOREGOING INFORMATION IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT WE KNOW OF NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US, AND HEREBY APPLY FOR LICENSE TO MARRY.

24a. BRIDE (SIGNATURE): *Jo Ann Canzoneri*

24b. GROOM (SIGNATURE): *Richard M. McCormick*

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| | |
|---|---|
| 25a. SUBSCRIBED AND SWORN TO BEFORE ME ON: Jul 23 1969 | 25b. DATE LICENSE ISSUED: Jun 23 1969 |
| 25c. LICENSE NUMBER: 13175 | 25d. COUNTY CLERK: WILLIAM G. SHARP |
| 25e. EXPIRATION DATE: Oct 21 1969 | 25f. COUNTY OF ISSUE OF LICENSE: LOS ANGELES |
| BY *Richard Jack* DEPUTY | |

**WITNESSES**

| | | |
|---|---|---|
| 26a. SIGNATURE OF WITNESS: *Deborah Pounds* | 26b. ADDRESS OF WITNESS—STREET ADDRESS: 7903 E Whitmore | 26c. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: Rosemead, California |
| 27a. SIGNATURE OF WITNESS: *Mrs Pat Rodriguez* | 27b. ADDRESS OF WITNESS—STREET ADDRESS: 214 N Monterey | 27c. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: Alhambra, California |

**CERTIFICATION OF PERSON PERFORMING CEREMONY**

28. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

| | | |
|---|---|---|
| ON: July 24 1969 | 29a. SIGNATURE OF PERSON PERFORMING CEREMONY AND OFFICIAL TITLE: *James Harvey Brown* Municipal Court Judge |
| AT: Los Angeles, California | 29b. NAME OF PERSON PERFORMING CEREMONY: James Harvey Brown |
| | 29c. DENOMINATION IF PRIEST, MINISTER OR RABBI |
| | 29d. ADDRESS—STREET ADDRESS, CITY OR TOWN, AND STATE: 111 N Hill St., Los Angeles, Calif. |

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

| | |
|---|---|
| 30. DATE ACCEPTED FOR REGISTRATION: JUL 31 1969 | 31. LOCAL REGISTRAR—SIGNATURE: *Ray E. Lee* |

STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH—BUREAU OF VITAL STATISTICS

REV. 11-56 61 FORM VS-1924-1

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Conny B. McCormack*

SEP 1 7 2007

**CONNY B. McCORMACK**
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

*019592550*



Exhibit "B"



Exhibit "C"

From Wikipedia, the free encyclopedia

Robert Hall McCormick (June 3, 1780 - July 4, 1846) was an American inventor, who invented numerous devices including a version of the reaper which his eldest son Cyrus would patent in 1834.

Robert Hall McCormick was born on the family estate of Walnut Grove in Rockbridge County, Virginia, in the Shenandoah Valley on the western side of the Blue Ridge Mountains. He married Mary Ann Grigsby in 1808 and was granted ownership of Walnut Grove in 1810. Robert and Polly, as Mary Ann was known to friends and family, raised their eight children on the farm there and the kids grew up helping in the shop and the mill. Robert frequently busied himself with small gadgets and inventions around the farm. By 1809, Robert had constructed a partially completed reaper. He eventually declined to formalize some of his work when he applied for a patent in 1830 for a "hemp-brake", a device for breaking hemp and flax. He also produced a threshing machine, a clover sheller of stone, a blacksmith's bellows and a self-aim plow. By 1831, he had completed a reaper, but was encouraged by Polly to give it to their son Cyrus who was able to improve and patent it in 1834.



In addition to Cyrus, his sons included Leander J. McCormick and William Sanderson McCormick. These three brothers moved to Chicago after their father's death, and established the McCormick Harvesting Machine Company. In 2002, Robert and his three sons had a variety of wheat named after them, for "inventing, perfecting, manufacturing, and marketing of the mechanical grain reaper [wheat] ushered in the era of modern agriculture and wrought one of the greatest advancements in agricultural history. McCormick is a soft red wheat [Triticum aestivum L.] developed and released in May 2002 by the Virginia Agricultural Experiment Station.

## References

- The McCormick reaper, legend, the true story of a great invention, by Herbert Lyons, New York, Exposition Press [1955]
- Registration of 'McCormick' Wheat, by C. Griffey, et al., Crop Science, 45: 417-419 (July 31, 2005)

Retrieved from "http://en.wikipedia.org/wiki/Robert_Hall_McCormick"

Categories: 1780 births | 1846 deaths | People from Virginia | American inventors | Scottish-Americans | Irish-Americans | McCormick family | Hemp and American History



- This page was last modified 02:42, 22 July 2007.
- All text is available under the terms of the GNU Free Documentation License. (See Copyrights for details.)

http://en.wikipedia.org/wiki/Robert_Hall_McCormick                10/11/2007

The McCormick Reaper                                                 Page 1 of 2

## McCormick Museum



## The McCormick Family and their Mechanical Reaper

Who invented the mechanical reaper is still a point of contention between members of the McCormick family descending from the family of Robert Hall McCormick of Walnut Grove in Rockbridge, Virginia. Perhaps the debate has never between members of the family and the popular history that has come down through the years. Though it has become common knowledge that Cyrus H. McCormick invented and manufactured the reaper, it may have actually been his father's genius or a simple invention that led to the family's defeat and success.

Robert Hall McCormick (seen left) was born on the family estate of Walnut Grove on June 3, 1780. He married Mary Ann McCormick February 11, 1808 and was granted ownership of Walnut Grove in 1810. Robert and Polly, as Mary Ann was known to friends and family, raised their eight children on the farm there and the kids grew up helping in the shop and the mill. Robert frequently busied himself with small gadgets and inventions around the farm. By 1809, Robert had constructed a partially completed reaper. He eventually declined to formalize some of his work when he applied for a patent in 1830 for a device called a "hemp-brake", a device for breaking hemp and flax. He also produced a threshing machine, a clover sheller of stone, a blacksmith's bellows and a self-aim plow.

In 1831 Robert H. McCormick produced what became known as the reaper. According to research compiled by Herbert Lyons, Polly encouraged Robert to give Cyrus (below left) his invention as a gift and allow Cyrus, the inventive and most business minded member of the family, to make the most of it. According to multiple account from members of the family and close friends, Robert had expressed interest in the reaper after years of working on it, rather than yield it to his son. Cyrus as a gift which Cyrus patented in 1834.

In order for Cyrus to patent the reaper himself as inventor, he

http://www.aeaa.virginia.edu/research/wheat.../............reaper.html      7/23/07





---

made improvements to his father's original design. The debate lies in the fact that one by one his father's sons Polly, in 1846, Cyrus began advertising himself as the inventor of the reaper. With the patent registered in his name, few outside family and any reason to contest his claims. Cyrus had done most of the advertising and publicizing of the reaper and he made the first major step up a manufacturing effort in Chicago. The first McCormick factory opened in 1847.

A striking piece of evidence against Cyrus McCormick's claims came from the York Exhibition in which he supposedly invented the reaper. He based upon twenty years developing the reaper while Cyrus alone lifted his hand for a short while Cyrus the son was at the beginning of the summer in 1831. The real reaper that which followed in July where Cyrus claims to an inventor as his own image surveying only his worst year. Cyrus, lacking his father's expertise as an inventor, managed to construct a new member of his son invention in the short while, while in he twenty years his inventive father had put up to succeed. It seemed like a doomed claim, but few people outside the family realized the implausibility of Cyrus's claims.



The first person to correct him was his brother, Leander James McCormick (seen at left). As far as many of the family was concerned, the reaper was a family affair. Leander and son allowed his brother to patent most of his improvements that he had developed for his father's reaper. When his issue gave him the reaper, Cyrus promised that any would be most benefit that came to him because of the reaper would be shared with all of his brothers and sisters. Brothers Leander and William worked for Cyrus on a salary basis, but Leander decided that they deserved a bigger amount of the business, so in 1859 Leander and William both declared one fourth of the business and it became Cyrus H. McCormick and Brothers.

Cyrus initiated a patent infringement lawsuit against the Manny Company of Rockford, Illinois after the Manny Reaper bested the McCormick's Reaper at the York Exhibition of 1855. Abraham Lincoln was hired as a lawyer to improve his Manny Company, though he won and he was allowed to successfully back up his defense. The Manny Company won the case.

Over the next twenty years, the business between the and Leander's son Robert became very involved in the business. The Great Chicago Fire of 1871 destroyed the entire factory and the McCormick's home, but the business quickly recovered. After several short new contracts splitting the business between the McCormick brothers, in 1879 they formed the McCormick Harvesting Machine Company [a predecessor of International Harvester Inc. and Case IH Corporation], with Cyrus as president, Leander as vice-president and superintendent of manufacturing with Robert serving as Leander's assistant. Despite the constant decisions, the gap between the two brothers who owned and Leander eventually retired from active participation in the business in 1884.





Partners

---

no and over sixty years of business their last Leander's death, Cyrus ...with no an... had argued, despite legal efforts to amend it, but his claim as an inventor still stood firm. Leander's objections about his brother's claims had helped to prestige ...the change in the company's name in 1879, in 1828, Cyrus and William Harte began ...d Virginia and collect information about the events that Cyrus had ...d and the reaper are. ...formed most of the while known to Virginia as the name. Unfortunately for Cyrus, large ...efront of Manny's work overflows more of his father than ever ...to him, but since it such...ight advances giving Cyrus considerable claim for the ...on his part in 1857, the year after Cyrus's death, Leander and Cyrus McCormick's brother ...d ...an and anything that family members, friends and coworkers ...of the reaper knew twenty years prior. ...rick had given the already invented reaper to his son Cyrus in 1846, Robert Hall McCormick was a blacksmith's hobby and forces which Leander [Leander's reaper is reproduced] Leander's true ...d movements along with additional testimonies and a brief biography of their grandfather... ...rt H. McCormick.

In the end, the publicity behind the claims Cyrus H. McCormick was more than Leander's efforts could overcome, but the documentation for a different ...ory was quite conclusive. Beyond the collection of statements that Leander produced and letters written by one to one of the time, the only account of Robert McCormick's ...scene of the reaper is found in Herbert Lyons' The McCormick Reaper Legend and ...ted in 1955 in cooperation with the McCormick family.

  

Last modified Wednesday, December 28, 2005
Copyright © 2000-2005 University of Virginia Department of Astronomy.
All rights reserved. Maintained by the webmaster.

EXHIBIT 11

Search - 100 Results - mccormick...

... code. n23 See, e.g., McCormick v. Hines, 498 S.W.2d 58, 62 (Tex. Civ. App.--Amarillo 1973, writ dism'd) ...
... al-ove, we hold the Bench Family Trust's, Whitals's, and Armor's claims ...

... jurisdiction over the Bench Family Trust's, Whitals's, and Armor's claims on ...

... n29 Because of our disposition of the Bench Family Trust's, Whitals's, and Armor's claims on ...

13. McCormick v. McCormick, No. 1-87-2701, Appellate Court of Illinois, First District, First Division, 180 Ill. App. 3d 184; 536 N.E.2d 419; 1988 Ill. App. LEXIS 1890; 129 Ill. Dec. 579, December 5, 1988, Filed, Modified on Denial of Rehearing March 31, 1989.

OVERVIEW: The beneficiary's claims against the trustees failed because Illinois law imposed no duty on the trustees to diversify trust assets, and the beneficiary authorized many of the contractor decisions that he pled as bases for the trustees' liability.

CORE TERMS: change of venue, mortgage, duty, counterclaim, third-party, architect, summary judgment, repayment, fiduciary duty, successor ...

BROOKS McCORMICK, JR., Plaintiff-Appellant, v. BROOKS McCORMICK et al., as Trustees, ...
... Appellees, v. BROOKS McCORMICK, JR., Indiv., et ...
... arises from: (1) Brooks McCormick, Jr.'s (Brooks ...
... duty against Brooks McCormick, Sr. (Brooks Sr.), and ...
... former trustees of the Brooks McCormick, Jr., Trust, dated ...
... by this court in McCormick v. McCormick (1983), 118 Ill. App. 3d 455, 455 N.E.2d 103 (McCormick I). For purposes of ...
... set forth in McCormick I are restated and supplemented as ...
... (or the appeal in McCormick I. In McCormick I, this court reversed the ...
... requested by Brooks McCormick, Jr. in seeking ...
... continue the construction. Relying on McCormick I, Brooks Jr. ...
... Schroeder testified that not all of the McCormick family trusts had separate bank accounts. ...
... each of the over 100 McCormick family Trusts it managed. Rather, funds were ...
... E. Schroeder and Brooks McCormick (Sr.) and against Brooks McCormick Jr. and Gary-Wheaton ...
... No. 83 CH 0147 and against Brooks McCormick Jr. in the amount of ...
... court's determination in McCormick I that counts I and ...

14. In re Boughton, CASE NO. 98-10235-3P1, UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION, 243 B.R. 830; 2000 Bankr. LEXIS 11; 35 Bankr. Ct. Dec. 148; 85 A.F.T.R.2d (RIA) 902, January 18, 2000, Decided, January 18, 2000, Filed

OVERVIEW: The court dismissed a Chapter 11 bankruptcy proceeding upon finding that debtor set up numerous sham trusts clouding title to his business property to avoid tax liability and a subsequent Internal Revenue Service lien.

CORE TERMS: business property, former wife, Fifth Amendment, secured claim, mortgage, secured creditors, transferred, novelty bank, warranty deed, self-

http://www.lexis.com/research/retrieve?_m=c77fc7ba996d3&ab5fa987fea8fc0e7c&docnu... 9/13/2006

McCORMICK, Cyrus Hall, mfr.; b. Walnut Grove, Va., Feb. 15, 1809; s. Robert and Mary (Hall) McC.; m. Nancy Fowler, Jan. 26, 1858; 7 children. Invented and patented hillside plow, 1831; patented reaping machine, 1834, began mfg. machine commercially, 1837; erected factory in Chgo., 1847; built up nat. business for McCormic Harvesting Machine Co., by 1850; added mowing attachment to reaper, 1850's, also developed self-raking device, hand-binding harvester, wire-binder, twine-binder, 1860's; introduced reaper in Europe in London, Eng., 1851; awarded Council medal at London World's Fair, 1851; won major prizes at world fairs, Paris, London, Hamburg, Lille, Vienna, Phila. Melbourne, 1855-80; named chevalier by French, later officer Legion of Honor; elected mem. French Acad. of Scis., 1879; pioneer in creation of modern business methods, among 1st to use field trials, guarantees, testimonials in advt., cash and deferred payments for merchandise; owner Presbyn. Expositor, newspaper, 1860; endowed 4 professorships in Presbyn. Theol. Sem. of N.W., 1859; The Herald (Presbyn. newspaper, later named Continent) 1872-84; became owner Chgo. Times, 1860, publisher, 1860-81; chmn. Democratic State Central Com. 1872, 76; dir. U.P. R.R.; an organizer Mississippi Valley Soc.; benefactor Union Theol. Sem., Hampden-Sydney, Va., also Washington Coll., Lexington, Va.; pres. Va. Soc. in Chgo., 1880. Died Chgo., May 13, 1884.

The City of New York
Office of the City Register
Customer Document

Order Details:
Document ID   Doc. Type

Mattie/Patterson, McCormick
A MCCORMICK FAMILY TREE

Robert Shapiro   310356
2920

Exhibit
"E"

Priority ———
Send ———
Enter ———
Closed ———
JS-5/JS-6 ———
JS-2/JS-3 ———
Scan Only———

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.: CV 09-9254 -UA                      Date: 4/28/10

Title: Jo Anna Canzoneri McCormick v. Richard Allan McCormick et al

Present: The Honorable  Audrey B. Collins  Chief United States District
                        Judge

| R. Marshall | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for
                                         Defendants:


        Not Present                      Not Present

**Proceedings:**   Order of Dismissal (In Chambers)

On December 17 2009, plaintiff submitted a pro se complaint.  On
December 17 2009, the court notified plaintiff in writing that the
complaint was deficient due to the failure to pay the filing fee or
furnish a completed and signed court-approved Declaration in Support
of Request to Proceed Without Prepayment of Filing Fees form,
including a completed Prisoner Authorization and Certificate of
Authorized Officer, and a certified copy of the prisoner-plaintiff
trust account statement for the last six (6) months (CV-60P).
Plaintiff was advised that failure to pay the fee or file the
completed Declaration within THIRTY days would result in dismissal of
the action.

Since plaintiff has failed to provide the court with either the filing
fee or a completed Declaration within THIRTY days, the action is
dismissed without prejudice.  Plaintiff may file a new action, but
should include a filing fee or a Declaration in Support of Request to
Proceed Without Prepayment of Filing Fees form with a new civil
complaint to commence that new action.  Because the present action is
now dismissed, plaintiff should not file a Declaration in Support of
Request to Proceed Without Prepayment of Filing Fees form or pay the
filing fee in this action.  The clerk shall close the file.


                                    Initials of Preparer   rm

*Exhibit "F"*

*[handwritten: Exhibit "F"]*

*[handwritten: 9CM]*

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

### SCHEDULE 13D

### Under the Securities Exchange Act of 1934

### (Amendment No. 2)

### TRIBUNE COMPANY
### (Name of Issuer)

### Common Stock (Without Par Value)
### (Title of Class of Securities)

*[handwritten: Webmaster@quarles.com]*

### 896047 10 7
### (CUSIP Number)

Thomas E. Chomicz, Esq.  *[handwritten: — Quarles & Brady LLP]*
John P. Vail, Esq.
William T. McCormick, Esq.
Wilson & McIlvaine
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000
(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

### May 12, 1994
### (Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition which is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(b)(3) or (4), check the following box /___/.

Check the following box if a fee is being paid with this statement /___/.  (A
fee is not required only if the reporting person:  (1) has a previous statement
on file reporting beneficial ownership of more than five percent of the class
of securities described in Item 1; and (2) has filed no amendment subsequent
thereto reporting beneficial ownership of five percent or less of such class.  ).
(See Rule 13d-7.)

---

Page 1 of 14 Pages

*[handwritten: Robert Hall]*
*[handwritten: Cyprus]*

*[handwritten: Robert McCormick]*
*[handwritten: reaper   1830]*

*[handwritten: Renew 1834]*
*[handwritten: 1848]*

## AMENDMENT NO. 2 TO SCHEDULE 13D

This Amendment No. 2 to the Schedule 13D filed with the Securities and Exchange Commission (the "Commission") by the Robert R. McCormick Tribune Foundation (the "Foundation") on November 20, 1990 is being filed solely to report a decrease in the Foundation's percentage ownership of shares of Tribune Company's common stock by an amount in excess of 1.0% of the total number of outstanding shares of such common stock since October 23, 1992, the date of the Foundation's filing of Amendment No. 1 to the Schedule 13D. Such decrease is attributable to a combination of (i) periodic grants of such common stock which the Foundation has made in furtherance of its charitable purposes; and (ii) increases in the total number of outstanding shares of such common stock which have occurred from time to time.

Pursuant to Rule 101(a) of Regulation S-T adopted by the Commission, as this Amendment No. 2 is the first electronic amendment to the original Schedule 13D, this Amendment No. 2 restates the entire text of the original Schedule 13D, as such Schedule 13D has been amended by Amendment No. 1 and this Amendment No. 2. Pursuant to Rule 101(a) of Regulation S-T, the exhibit to the original Schedule 13D is not restated herein.

ITEM 1.    SECURITY AND ISSUER.

This Amendment No. 2 to Schedule 13D relates to the common stock, without par value ("Common Stock") of Tribune Company, a Delaware corporation (the "Issuer"). The address of the principal executive offices of the Issuer is 435 North Michigan Avenue, Chicago, Illinois 60611.

ITEM 2.    IDENTITY AND BACKGROUND.

This Amendment No. 2 to Schedule 13D is being filed by Robert R. McCormick Tribune Foundation, an Illinois not-for-profit corporation (the "Foundation"). The Foundation is an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986 (the "Code") and is classified as a private foundation under Section 509(a) of the Code. The address of the principal business and the principal office of the Foundation is Robert R. McCormick Tribune Foundation, 435 North Michigan Avenue, Suite 770, Chicago, Illinois 60611-4041.

The Foundation is an Illinois not-for-profit corporation incorporated on December 4, 1989 exclusively for charitable, religious, literary, scientific and educational purposes, including, for such purposes, but not limited to, the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Code. It was formed by the trustees of the Robert R. McCormick Charitable Trust (the "Trust") created under the Last Will and Testament of Robert R. McCormick dated December 18, 1954, as amended by Codicil dated January 4, 1955 (the "Will"), pursuant to a plan to reorganize as a not-for-profit corporation in order to take advantage of the flexibility and efficiency of the corporate form and the relative clarity of the law applicable to not-for-profit corporations. The trustees of the Trust were authorized and permitted by provisions of the Will to

Robert R McCormick Will 12/18/1954

mandatory distribution requirements under the Code. Based upon such evaluation and the course of future developments, the Foundation reserves the right to take such actions as it deems appropriate in light of the circumstances existing at the time, including, without limitation, making additional purchases of Common Stock or disposing of its shares of Common Stock in the open market, block trades, privately negotiated transactions or otherwise.

On occasion the Trust had made grants of shares of Common Stock in furtherance of its charitable purposes and the Foundation assumed the outstanding grant commitments of the Trust. Although the Foundation does not have any specific plan or proposal to make charitable grants of shares of Common Stock, the .... reserves the right to do so in order to satisfy grant commitments.

Other than as set forth above, the Foundation currently has no specific plans or proposals that relate to or would result in any of the matters described in paragraphs (a) through (j) of Item 4 of Schedule 13D.

To the best knowledge of the Foundation, none of the executive officers or directors of the Foundation has any specific plans or proposals that relate to or would result in any of the matters described in paragraphs (a) through (j) of Item 4 of Schedule 13D.

ITEM 5.      INTEREST IN SECURITIES OF THE ISSUER.

(a)      As of the date hereof, the Foundation beneficially owns 10,465,112 shares of Common Stock, which represents approximately 15.5% of the outstanding shares of Common Stock.  This percentage is based upon an aggregate of 67,367,779 shares of Common Stock being issued and outstanding as of April 29, 1994 according to the Form 10-Q filed by the Issuer with the Commission on May 10, 1994 for the quarterly period ending March 27, 1994.  It is the foregoing percentage that is reported on the cover page of this Amendment No. 2 to Schedule 13D.  However, based upon information obtained from the Issuer, the Issuer also has 1,502,572 shares of Series B Convertible Preferred Stock, without par value (the "Preferred Stock"), currently issued and outstanding. The Preferred Stock is entitled to vote together as a class with the Common Stock with regard to all matters submitted to a vote at a meeting of shareholders, with each share of Common Stock being entitled to one vote and each share of Preferred Stock being entitled to 4.58 votes.  The Foundation's percentage of the total votes eligible to be cast by holders of Common Stock and Preferred Stock voting together as a class is 14.1%.

To the best knowledge of the Foundation, Schedule B attached hereto and incorporated herein sets forth the number and percentage of shares of Common Stock beneficially owned by each executive officer or director of the Foundation.

(b)      The Foundation has the sole power to vote and dispose of all of the shares of Common Stock which it owns.  See Schedule B for information regarding voting power and investment power with respect to any shares of Common Stock beneficially owned by any executive officer or director of the Foundation.  Except as set forth in Schedule B, to

the best knowledge of the Foundation, each such person has full voting and investment power with respect to any shares of Common Stock indicated therein as being owned by such person.

(c)    The Foundation has not effected during the past 60 days any transaction in any shares of Common Stock except for the following:

Charitable grants (no consideration) aggregating 2,859 shares consummated as of April 13, 1994.

Charitable grants (no consideration) aggregating 5,911 shares consummated as of May 12, 1994.

To the best knowledge of the Foundation, Schedule C attached hereto and incorporated herein sets forth all transactions in shares of Common Stock effected during the past 60 days by any executive officer or director of the Foundation.

(d)    Not applicable.

(e)    Not applicable.

ITEM 6.  CONTRACTS, ARRANGEMENTS, UNDERSTANDINGS OR RELATIONSHIPS WITH RESPECT TO SECURITIES OF THE ISSUER.

There are no contracts, arrangements, understandings or relationships (legal or otherwise) among the Foundation, its executive officers or directors or, to the best knowledge of the Foundation, between such persons and any other persons with respect to any securities of the Issuer of a nature required to be disclosed by Item 6.

ITEM 7.    MATERIAL TO BE FILED AS EXHIBITS.

There are no exhibits to this Amendment No. 2 to Schedule 13D.

Page 7 of 14 Pages

## SIGNATURE

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

ROBERT R. McCORMICK TRIBUNE
FOUNDATION

May 26, 1994

By: Neal Creighton
    President and Chief Executive Officer

## SCHEDULE A
## CONTINUED

### EXECUTIVE OFFICERS AND DIRECTORS
### OF ROBERT R. McCORMICK TRIBUNE FOUNDATION

· Download Tab..le

| | |
|---|---|
| Louis J. Marsico, Jr. | Robert R. McCormick Tribune Foundation 1 |
| 740 Longview Lane | Cantigny Foundation 2 |
| Palatine, Illinois 60067 | Treas /Director of Finance |
| | and ........ion |

1 The address of the Robert R. McCormick Tribune Foundation is 435 North Michigan Avenue, Suite 770, Chicago, Illinois 60611-4041.

2 The address of the Cantigny Foundation is 1 S 151 Winfield Road, Wheaton, Illinois 60187.

3 The address of Tribune Company is 435 North Michigan Avenue, Chicago, Illinois 60611.

4 Mr. Cook's business address is 435 North Michigan Avenue, Chicago, Illinois 60611.

5 A subsidiary of the Issuer.  The address of Tribune Broadcasting Company is 435 North Michigan Avenue, Chicago, Illinois 60611.

6 A subsidiary of the Issuer.  The address of Chicago Tribune Company is 435 North Michigan Avenue, Chicago, Illinois 60611.

7 A subsidiary of the Issuer.  The address of Tribune Publishing Company is 435 North Michigan Avenue, Chicago, Illinois 60611.

## SCHEDULE B

### BENEFICIAL OWNERSHIP OF SHARES
### OF COMMON STOCK BY EXECUTIVE OFFICERS
### AND DIRECTORS OF THE FOUNDATION

Enlarge/Download Table

| Name | Aggregate Number of Shares of Common Stock Beneficially Owned (1) | Percent of Class (2) | Sole Power to Vote (3) | Shared Power to Vote | Sole Power to Dispose (3) | Shared Power to Dispose |
|---|---|---|---|---|---|---|
| Richard A. Behrenhausen | 438 | * | 438 | * | 438 | * |
| Charles T. Brumback | 391,114(4) | * | 391,114 | 0 | 290,724 | 0 |
| Stanton R. Cook | 798,881(5) | 1.2% | 798,881 | 0 | 798,881 | 0 |
| Neal Creighton | 2,380 | * | 0 | 2,380 | 0 | 2,380 |
| James C. Dowdle | 237,581(6) | * | 237,581 | 0 | 237,193 | 0 |
| Jack Fuller | 50,936(7) | * | 50,936 | 0 | 30,655 | 0 |
| J. Nicholas Goodban | 300 | * | 300 | 0 | 300 | 0 |
| John W. Madigan | 404,847(8) | * | 384,227 | 20,620(9) | 383,939 | 20,620(9) |
| Louis J. Marsico, Jr. | 3 | * | 3 | 0 | 3 | 0 |

* Less than 1%

(1) Each of Messrs. Brumback, Dowdle, Fuller and Madigan have been allocated shares of Preferred Stock in their individual participant accounts in the Tribune Company's Employee Stock Ownership Plan (ESOP). The number of shares of Common Stock reported in this column as beneficially owned by such individuals does not include shares of Common Stock to which their allocated number of shares of Preferred Stock are convertible because such individuals do not have the power to decide when or if to convert such shares to Common Stock. The decision whether to convert the Preferred Stock is within the discretion of The Northern Trust Company, as trustee of the ESOP.

(2) Based on 67,367,779 shares of Common Stock outstanding as of April 29, 1994 as reported in the Issuer's Quarterly Report on Form 10-Q for the quarter ended March 27, 1994. However, the Issuer has 1,502,572 shares of Preferred Stock issued and outstanding which are entitled to vote as a class with the Common Stock (an aggregate of 6,881,780 votes). Even if the percentage in this column is calculated based upon the total votes eligible to be cast by holders of Common Stock and Preferred Stock taken together, the percentage of the total votes held by any executive officer or director, except Mr. Cook, would still be less than 1%. Mr. Cook's percentage of the total votes would be 1.1%.

(3) The number of shares shown in these columns includes the rights to acquire shares pursuant to stock options which are included in the aggregate number of shares beneficially owned by such executive officer or director.

## SCHEDULE B
## CONTINUED

### BENEFICIAL OWNERSHIP OF SHARES
### OF COMMON STOCK BY EXECUTIVE OFFICERS
### AND DIRECTORS OF THE FOUNDATION

(4) Includes 7,120 shares of Common Stock in Mr. Brumback's account under Tribune Company's Savings Incentive Plan and 388 shares of Common Stock allocated to his individual participant account in the ESOP. Also includes rights to acquire 135,507 shares of Common Stock pursuant to stock options which are available for exercise prior to July 15, 1994. Excludes 468 shares of Preferred Stock allocated to Mr. Brumback's individual participant account in the ESOP and 1,075,200 shares of Common Stock owned by Cantigny Foundation, an Illinois not-for-profit corporation ("Cantigny") of which Mr. Brumback is a director.

(5) Includes rights to acquire 377,887 shares of Common Stock pursuant to stock options which are available for exercise prior to July 15, 1994. Also includes 9,600 shares of Common Stock owned by a trust, of which Mr. Cook's wife is the beneficiary and Mr. Cook is the trustee; however, pursuant to the authority of Rule 13d-4, Mr. Cook expressly declares that the filing of this Amendment No. 2 to Schedule 13D shall not be construed as an admission that he is, for purposes of Section 13(d) of the Securities Exchange Act of 1934, the beneficial owner of the shares owned by the trust. Excludes 1,075,200 shares of Common Stock owned by Cantigny of which Mr. Cook is a director.

(6) Includes 243 shares of Common Stock in Mr. Dowdle's account under Tribune Company's Savings Incentive Plan and 388 shares of Common Stock allocated to his individual participant account in the ESOP. Also includes rights to acquire 116,320 shares of Common Stock pursuant to stock options which are available for exercise prior to July 15, 1994. Excludes 468 shares of Preferred Stock allocated to Mr. Dowdle's individual participant account in the ESOP and 1,075,200 shares of Common Stock owned by Cantigny of which Mr. Dowdle is a director.

(7) Includes 321 shares of Common Stock allocated to Mr. Fuller's individual participant account in the ESOP. Also includes rights to acquire 48,500 shares of Common Stock pursuant to stock options which are available for exercise prior to July 15, 1994. Excludes 397 shares of Preferred Stock allocated to Mr. Fuller's individual participant account in the ESOP and 1,075,200 shares of Common Stock owned by Cantigny of which Mr. Fuller is a director.

(8) Includes 388 shares of Common Stock allocated to Mr. Madigan's individual participant account in the ESOP. Also includes rights to acquire 135,691 shares of Common Stock pursuant to stock options which are available for exercise prior to July 15, 1994. Excludes 468 shares of Preferred Stock allocated to Mr. Madigan's individual participant account in the ESOP, 38,400 shares of Common Stock owned by Chicago Tribune Foundation, an Illinois not-for-profit corporation, of which Mr. Madigan is a director and Chairman and 1,075,200 shares of Common Stock owned by Cantigny of which Mr. Madigan is a director.

## SCHEDULE A

### EXECUTIVE OFFICERS AND DIRECTORS
OF ROBERT R. McCORMICK TRIBUNE FOUNDATION

Set forth below are the name, residence or business address, present principal occupation or employment, and the name, principal business and address of any other organization in which such employment is conducted, of each executive officer and director of the Foundation.  Each person listed below is a citizen of the United States.

Download Table

| Name and Residence | Principal Occupation or Employment |
| --- | --- |
| Richard A. Behrenhausen<br>27 W. 621 Swan Lake Drive<br>Wheaton, Illinois 60187 | Robert R. McCormick Tribune Foundation 1<br>Cantigny Foundation 2<br>Vice President and Chief Operating Officer |
| Charles T. Brumback<br>1500 North Lake Shore Drive<br>Chicago, Illinois 60610 | Tribune Company 3<br>Chairman, President and Chief Executive Officer |
| Stanton R. Cook<br>224 Raleigh<br>Kenilworth, Illinois 60043 | Self-employed consultant 4 |
| Neal Creighton<br>1 S 151 Winfield Road<br>Wheaton, Illinois 60187 | Robert R. McCormick Tribune Foundation 1<br>Cantigny Foundation 2<br>President and Chief Executive Officer |
| James C. Dowdle<br>1040 Romona Road<br>Wilmette, Illinois 60091 | Tribune Broadcasting Company 5<br>President and Chief Executive Officer |
| Jack Fuller<br>2525 Hartzell<br>Evanston, Illinois 60201 | Chicago Tribune Company 6<br>President and Chief Executive Officer |
| J. Nicholas Goodban<br>425 Prospect<br>Elmhurst, Illinois 60126 | Robert R. McCormick Tribune Foundation 1<br>Vice President |
| John W. Madigan<br>1160 Laurel Avenue<br>Winnetka, Illinois 60093 | Tribune Publishing Company 7<br>President and Chief Executive Officer |

SCHEDULE B
CONTINUED

BENEFICIAL OWNERSHIP OF SHARES
OF COMMON STOCK BY EXECUTIVE OFFICERS
AND DIRECTORS OF THE FOUNDATION

(9) These shares are owned by Mr. Madigan's wife, Holly, and their two sons, Mark W. Madigan and Griffith E. Madigan. However, pursuant to the authority of Rule 13d-4, Mr. Madigan expressly declares that the filing of this Amendment No. 2 to Schedule 13D shall not be construed as an admission that he is, for purposes of Section 13(d) of the Securities Exchange Act of 1934, the beneficial owner of the shares owned by his wife and sons. To the best of the Foundation's knowledge, the information called for by Item 2 of this Schedule 13D with respect to Mrs. Madigan, Mark Madigan and Griffith Madigan is as follows:

    (a)    Names – Holly W. Madigan, Mark W. Madigan and Griffith E. Madigan

    (b)    Addresses – Holly W.:    1160 Laurel Avenue, Winnetka, Illinois 60093 (Residence)

                Mark W. :    123 North Wacker Drive, Chicago, Illinois 60606 (Business)

                Griffith E.:    13 Broadcast Plaza, S.W., Albuquerque, New Mexico 87104 (Business)

    (c)    Present Principal Occupations – Holly W.  –  Homemaker

                Mark W.  –  Casualty insurance salesman Rollins Hudick Hall of Illinois 123 North Wacker Drive Chicago, Illinois 60606

                Griffith E. –  Trainee KRQE-TV 13 Broadcast Plaza, S.W. Albuquerque, New Mexico 87104

    (d)    Criminal Convictions – No

    (e)    Civil Proceedings/Federal or State Securities Laws – No

    (f)    Citizenship – United States

SCHEDULE C

TRANSACTIONS IN SHARES
OF COMMON STOCK EFFECTED DURING THE
PAST 60 DAYS BY EXECUTIVE OFFICERS AND DIRECTORS
OF THE FOUNDATION

1. Mr. Behrenhausen purchased 13 shares of Common Stock on May 4, 1994 at a purchase price of $61.54 per share (exclusive of brokerage commissions and discounts). The transaction was effected as a brokerage transaction through New York Stock Exchange composite trading.

2. Mr. Brumback purchased a total of 148,843 shares of Common Stock on April 28, 1994 through the exercise of stock options under the Issuer's 1992 Long-Term Incentive Plan for the following numbers of shares at the following purchase prices (exclusive of brokerage commissions and discounts):

| | |
|---|---|
| 1,848 | $38.625 |
| 49,988 | $41.880 |
| 4,731 | $42.875 |
| 13,807 | $42.875 |
| 6,551 | $47.625 |
| 3,380 | $47.625 |
| 23,633 | $47.625 |
| 50,000 | $45.000 |

Mr. Brumback paid for such shares by relinquishing to the Issuer 116,819 shares of Common Stock valued at $63.125 per share (exclusive of brokerage commissions and discounts) and he simultaneously received replacement options for 113,122 shares of Common Stock exercisable at $63.125 per share on or after April 28, 1995 through the expiration date of the options which were exercised on April 28, 1994.

3. Mr. Creighton purchased 32.709 shares of Common Stock on April 14, 1994 at a purchase price of $61.15 per share (exclusive of brokerage commissions and discounts). The transaction was effected as a brokerage transaction through New York Stock Exchange composite trading.

4. Mr. Creighton purchased 33.822 shares of Common Stock on May 12, 1994 at a purchase price of $59.13 per share (exclusive of brokerage commissions and discounts). The transaction was effected as a brokerage transaction through New York Stock Exchange composite trading.

5. Mr. Dowdle purchased a total of 83,849 shares of Common Stock on May 3, 1994 through the exercise of stock options under the Issuer's 1992 Long-Term Incentive Plan for the following numbers of shares at the following purchase prices (exclusive of brokerage commissions and discounts):

SCHEDULE C
CONTINUED

TRANSACTIONS IN SHARES
OF COMMON STOCK EFFECTED DURING THE
PAST 60 DAYS BY EXECUTIVE OFFICERS AND DIRECTORS
OF THE FOUNDATION

| | |
|---|---|
| 4,800 | $38,625 |
| 13,687 | $42.875 |
| 15,146 | $46.000 |
| 26,296 | $46.000 |
| 25,000 | $45.000 |

Mr. Dowdle paid for such shares by relinquishing to the Issuer 67,489 shares of Common Stock valued at $63.00 per share (exclusive of brokerage commissions and discounts) and he simultaneously received replacement options for 67,489 shares of Common Stock exercisable at $63.00 per share on or after May 3, 1995 through the expiration date of the options which were exercised on May 3, 1994.

6.   Mr. Fuller sold 3,524 shares of Common Stock on March 31, 1994 at a sale price of $59.31 per share (exclusive of brokerage commissions and discounts) by way of a reallocation of his investment in the Issuer's Savings Incentive Plan.

7.   Mr. Madigan purchased a total of 111,844 shares of Common Stock on May 9, 1994 through the exercise of stock options under the Issuer's 1992 Long-Term Incentive Plan for the following numbers of shares at the following purchase prices (exclusive of brokerage commissions and discounts):

| | |
|---|---|
| 4,800 | $38.625 |
| 50,489 | $46.000 |
| 31,555 | $46.000 |
| 25,000 | $45.000 |

Mr. Madigan paid for such shares by relinquishing to the Issuer 93,651 shares of Common Stock valued at $59.875 per share (exclusive of brokerage commissions and discounts) and he simultaneously received replacement options for 93,651 shares of Common Stock exercisable at $59.875 per share on or after May 9, 1995 through the expiration date of the options which were exercised on May 9, 1994.

8.   Messrs. Brumback, Dowdle and Fuller have purchased shares of Common Stock through dividend reinvestments and investments from payroll withholding during the last 60 days under the Issuer's Savings Incentive Plan; however, the details regarding the number of shares and the purchase price for such shares have not, as of this date, been provided to these individuals by the Issuer.

Case 1:15-cv-05867-LAP   Document 2   Filed 07/22/15   Page 59 of 73

**Dates Referenced Herein** *and* **Documents Incorporated By Reference**

| This SC 13D/A Filing | Date | Referenced On Page | | Other Filings |
|---|---|---|---|---|
| | | First | Last | |
| | 10/23/92 | 3 | | |
| | 3/27/94 | 5 | 10 | 10-Q |
| | 3/31/94 | 14 | | |
| | 4/13/94 | 6 | | |
| | 4/14/94 | 13 | | |
| | 4/28/94 | 13 | | |
| | 4/29/94 | 2 | 10 | |
| | 5/3/94 | 13 | 14 | |
| | 5/4/94 | 13 | | |
| | 5/9/94 | 14 | | |
| | 5/10/94 | 5 | | 10-Q |
| | 5/12/94 | 1 | 13 | |
| | 5/20/94 | 2 | | |
| Filed On / Filed As Of | 5/24/94 | | | |
| | 7/15/94 | 11 | | |
| | 4/28/95 | 13 | | |
| | 5/3/95 | 14 | | |
| | 5/9/95 | 14 | | |

Top                                           List All Filings

---

*Alternative Formats:* Rich Text / Word (.rtf), Text (.txt), EDGAR (.sgml), XML (.xml), et al.

*Copyright © 2007 Fran Finnegan & Company  All Rights Reserved.*
*www.secinfo.com - Mon, 9 Jul 2007 19:35:55.19 GMT - Help at SEC Info*

CUSIP No. 896047 10 7                          13D                    Page 2 of 14 Pages

1    NAME OF REPORTING PERSON
     S.S. OR I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
               Robert R. McCormick Tribune Foundation
               I.R.S. Identification No. 36-3689171

2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP          (a) /___/
                                                               (b) /___/

3    SEC USE ONLY

4    SOURCE OF FUNDS
               OO

5    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS                /___/
     REQUIRED PURSUANT TO ITEMS 2(d) OR 2(e)

6    CITIZENSHIP OR PLACE OF ORGANIZATION
               Illinois

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | | |
|---|---|---|
| 7 | SOLE VOTING POWER | 10,465,112 |
| 8 | SHARED VOTING POWER | -0- |
| 9 | SOLE DISPOSITIVE POWER | 10,465,112 |
| 10 | SHARED DISPOSITIVE POWER | -0- |

11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
                    10,465,112

12   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES
                                                                   /___/

13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
                    15.5% (see Item 5)

14   TYPE OF REPORTING PERSON
                         CO

# Mailing List

Brooks McCormick, Junior
Charles Schroeder
Craig M White
White Law Office
225 West Wacker Drive
Suite 3000
Chicago Illinois 60606
Joseph Ricketts
Samuel Zell
Tribune Company
435 North Michigan Avenue
Chicago Illinois 60611
Barbara Blair (Barbara Blair McCormick
Exxon
c/o Craig M White
White Law Office
225 West Wacker Drive
Suite 3000
Chicago Illinois 60606

Samuel Zell      Mailing List

Tribune Company
435 North Michigan Avenue
Chicago ILLinois 60611

Tribune Company
Tribune Entertainment
5800 Sunset Boulevard
Los Angeles CA 90028

Tribune Company
220 East 42nd Street
Suite 400
New York   NY 10017

Epiq Systems
Epiq Bankruptcy Solutions
757 third Avenue   NY NY 10017

Oaktree
Oaktree Capital Management
Oaktree Global Headquarters
333 South Grand Avenue   26th
  Los Angeles CA 90071          Floor

contactus @ oaktreecapital.com

# Mailing List

J. Nicholas Goodban
425 Prospect
Elm hurst ILLinois 60126

John W. Madigan
1160 Laurel Avenue
Winnetka ILLinois 60093

Richard Allen McCormick
315 11th Street East
Saskatchewan
Soskotoon Canada S7L1P3

Allen McCormick
1330 Avenue D N
Saskatchewan
Saskatoon Canada S7L1P3

# Mailing List

Tribune Company
435 North Michigan Avenue
Chicago ILLinois 60611

Tribune Company
Tribune Entertainment
5800 Sunset Boulevard
Los Angeles CA 90028

Tribune Company
220 East 42nd Street
Suite 400
New York   New York 10017

JP Morgan
Chase Bank
270 Park Avenue
New York New York 10017

Angelo Gordan and Company
245 Park Avenue # 26
New York New York 10167

Oaktree
Oaktree Capital Management
Oaktree Global Headquarters
333 South Grand Avenue
26th Floor
Los Angeles, CA 90071

Mailing List

McCormick and Company
Barbara Blair
Barbara McCormick
William Blair and Company
222 West Adams Street
Chicago Illinois 60606

Robert Rutherford McCormick
    Foundation
Robert Rutherford McCormick
    Charitable Trust
McCormick Foundation
McCormick Corporation


Thomas E. Chomicz
John P. Vail
William T. McCormick
Wilson & McIlvaine
Quarles and Brady LLP
500 West Madison Street
Suite 3700
Chicago Illinois 60661

Mailing List

Joseph Ricketts
Ameritrade
TD Ameritrade
4211 South 102nd Street
Omaha Nebraska 68127

Epiq Systems
757 Third Avenue
New York New York 10017

Sidley Austin LLP
One South Dearborn Street
Chicago Illinois 60603

Cole Schotz Meisel Forman and
Leonard PA
500 Delaware Avenue
Suite 1410
Wilmington Delaware 19801

McCormick Foundation

# Mailing List

Richard A. Behrenhausen
27 West 621 Swan Lake Drive
Wheaton Illinois 60187

Charles T. Brumback
1500 North Lake Shore Drive
Chicago Illinois 60610

Stanton R. Cook
224 Raleigh
Kenilworth Illinois 60043

Neal Craighton
1 South 151 Winfield Road
Wheaton Illinois 60187

James C. Dowdle
1040 Romona Road
Wilmette Illinois 60091

Jack Fuller
2525 Hartzell
Evanston Illinois 60201

# Mailing Address

• Download Table

Louis J. Marsico, Jr.
740 Longview Lane
Palatine, Illinois 60067

Robert R. McCormick Tribune Foundation 1
Cantigny Foundation 2
Treasurer/Director of Finance
and Administration

• Download Table

| Name and Residence | Principal Occupation or Employment |
| --- | --- |
| Richard A. Behrenhausen<br>27 W. 621 Swan Lake Drive<br>Wheaton, Illinois 60187 | Robert R. McCormick Tribune Foundation 1<br>Cantigny Foundation 2<br>Vice President and Chief Operating Officer |
| Charles T. Brumback<br>1500 North Lake Shore Drive<br>Chicago, Illinois 60610 | Tribune Company 3<br>Chairman, President and Chief Executive Officer |
| Stanton R. Cook<br>224 Raleigh<br>Kenilworth, Illinois 60043 | Self-employed consultant 4 |
| Neal Creighton<br>1 S 151 Winfield Road<br>Wheaton, Illinois 60187 | Robert R. McCormick Tribune Foundation 1<br>Cantigny Foundation 2<br>President and Chief Executive Officer |
| James C. Dowdle<br>1040 Romona Road<br>Wilmette, Illinois 60091 | Tribune Broadcasting Company 5<br>President and Chief Executive Officer |
| Jack Fuller<br>2525 Hartzell<br>Evanston, Illinois 60201 | Chicago Tribune Company 6<br>President and Chief Executive Officer |
| J. Nicholas Goodban<br>425 Prospect<br>Elmhurst, Illinois 60126 | Robert R. McCormick Tribune Foundation 1<br>Vice President |
| John W. Madigan<br>1160 Laurel Avenue<br>Winnetka, Illinois 60093 | Tribune Publishing Company 7<br>President and Chief Executive Officer |

Mailing List

DENNIS J. FITZSIMMONS, CHAIRMAN
THE CHICAGO TRIBUNE COMPANY
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO IL 60611

TRIBUNE ENTERTAINMENT
LOS ANGELES HEADQUARTERS
5800 SUNSET BOULEVARD
TEC. BUILDING
LOS ANGELES CALIFORNIA 90028

TRIBUNE COMPANY
220 EAST 42ND STREET
SUITE 400
NEW YORK NEW YORK 10017
McCormick and Company
BARBARA BLAIR
BARBARA MCCORMICK
WILLIAM BLAIR AND COMPANY, LLC
222 WEST ADAMS STREET
CHICAGO ILLINOIS 60606

ROBERT R. (RUTHERFORD) (COLONEL) MCCORMICK TRIBUNE FOUNDATION
MCCORMICK TRIBUNE FOUNDATION
435 NORTH MICHIGAN AVENUE
SUITE 770
CHICAGO IL 60611

Sam Zell
Jeffrey Chandler
Los Angeles Time
TRIBUNE COMPANY
THOMAS E CHOMICZ
WILLIAM T MCCORMICK
WILSON AND MCILVAINE
500 WEST MADISON STREET
SUITE 3700
CHICAGO, ILLINOIS 60661

RICHARD ALLEN MCCORMICK
315 11th Street East
Saskatchewan
Soskotoon Canada S7L1P3
Craig m white
White Law Office
325 West Wacker Drive Suite 3000
Chicago Ill 60611

JP Morgan
Jay Rockefeller
NBC
30 Rockefeller Plaza
Manhattan NY 10012

Barbara Blair
222 West Adams Street
Chicago Illinois 60606

Jay Rockefeller

Allen McCormick
1330 Avenue D N

Saskatchewan
Saskatoon Canada
S7L1P3

— Chase Bank

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                         *Server's signature*

                                              _____
                                                         *Printed name and title*


                                              _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

# PRIORITY
## ★ MAIL ★



RECEIVED
JUN 23 2015
PRO SE OFFICE

Lawsuit
Tribune

**MAILING ENVELOPE**

Please
Recycle

...se in sending Priority Mail shipments. Misuse may be a
...OD2. All rights reserved.

This packaging is the pr...
...sion of FedEx...

DuPont™ Tyvek®
Product What's Inside·



**EP14 July 2013**
**OD: 11.625 x 15.125**

PS00000000013

✱ Domestic only.



ReadyPost Utility Mailer

From:
2609 East 14th
Brooklyn NY 11235

CERTIFIED MAIL
7015 0640 0003 1126
RETURN RECEIPT
REQUESTED

RECEIVED
JUL 28 2015
PRO SE OFFICE

USMS
SDNY

U.S. POSTAGE
BROOKLYN, NY
11235
$12.95

To:
Clerk
United States Federal
500 Pearl Street
New York NY 1000